1  ANDREW HUGHES
   Assistant Attorney General
2  7141 Cleanwater Dr. SW
   PO Box 40111
3  Olympia, WA 98504-0111
   (360) 709-6470

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>Defendants. | NO. 1:22-cv-03093<br><br>NOTICE OF REMOVAL |

TO:     MICHAEL SCOTT BRUMBACK and GIMME GUNS, LLC., Plaintiffs;

AND TO:   SIMON PETER SERRANO, Plaintiffs' Attorney;

AND TO:   CLERK OF THE ABOVE-ENTITLED COURT.

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1443, without waiving any procedural or substantive defenses except as provided by operation of law, Defendants Robert W. Ferguson, in his official capacity as Washington State Attorney General, and John R. Batiste, in his official capacity as Chief of the Washington State Patrol, hereby remove Plaintiffs' lawsuit filed on July 14,

NOTICE OF REMOVAL    1    ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

2022 in the Superior Court for Yakima County, State of Washington, under Cause No. 22-2-01446-39, to the United States District Court for the Eastern District of Washington. In support of this removal, Defendants provide the following short, plain statement of the grounds for removal:

**A.     Plaintiffs' Claims Arise Under the Constitution of the United States**

1. Plaintiffs' complaint raises a federal question, namely whether a Washington State statute conflicts with the Second Amendment of the United States Constitution. Removal is therefore appropriate under 28 U.S.C. § 1441(a).

**B.     Defendants Robert W. Ferguson and John R. Batiste Have Satisfied the Procedural Requirements for Removal**

1. This notice is timely. Plaintiffs filed their Complaint on July 14, 2022, and Defendants Ferguson and Batiste have filed this Notice within 30 days. *See* 28 U.S.C. § 1446(b)(1) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based").

2. As far as undersigned counsel are aware, and as of the filing of this Notice of Removal, Plaintiffs have not served any Defendants aside from Defendants Ferguson and Batiste. Accordingly, "all defendants who have been properly joined and served … join in … the removal of the action." 28 U.S.C. § 1446(b)(2)(A).

NOTICE OF REMOVAL    2    ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    3.    This Court has personal jurisdiction over all Plaintiffs and Defendants.

2    4.    Further, in compliance with 28 U.S.C. § 1446, the Defendants Ferguson and Batiste have attached as an appendix a true and complete copy of all process, pleadings, and orders served upon Defendants Ferguson and Batiste in Yakima County Superior Court Cause No. 22-2-01446-39. Moreover, a copy of this notice, without the attached appendix, will be filed with the Yakima County Superior Court and served on all adverse parties.

DATED this 21st day of July 2022.

ROBERT W. FERGUSON
Attorney General

*s/ Andrew Hughes*
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
ANDREW HUGHES, WSBA #49515
BRIAN HUNT ROWE, WSBA #56817
Assistant Attorneys General
JEFFREY T. EVEN, WSBA #20367
Deputy Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Brian.Rowe@atg.wa.gov
Jeffrey.Even@atg.wa.gov
Kristin.Beneski@atg.wa.gov

NOTICE OF REMOVAL    3    ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1  *Attorneys for Defendants*
   *Robert W. Ferguson and John R. Batiste*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

NOTICE OF REMOVAL   4   ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

## PROOF OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I have mailed by Federal Express Overnight Delivery the document to the following non-CM/ECF participants:

Simon Peter Serrano
Silent Majority Foundation
5238 Outlet Drive
Pasco, WA 99301
pete@silentmajorityfoundation.org
*Counsel for Plaintiffs*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 21st day of July 2022 at Tumwater, Washington.

*s/ Andrew Hughes*
ANDREW HUGHES, WSBA #49515
Assistant Attorney General

NOTICE OF REMOVAL   5   ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470