## Case Information

22-2-01446-39 | MICHAEL SCOTT BRUMBACK vs ROBERT W FERGUSON et al

Case Number
22-2-01446-39

Court
Yakima

File Date
07/14/2022

Case Type
INJ Injunction

Case Status
Active

## Party

Plaintiff
BRUMBACK, MICHAEL SCOTT

Active Attorneys ▼
Lead Attorney
Serrano, Simon P
Retained

Defendant
FERGUSON, ROBERT W

Defendant
Batiste, John R

Defendant
Udell, Robert

Defendant
Brusic, Joseph A

## Events and Hearings

07/14/2022 Summons and Complaint

07/18/2022 Motion and Affidavit Declaration

07/18/2022 Declaration Affidavit

07/18/2022 Affidavit ▾

  Comment
  -OF CHARLES GILROY

07/18/2022 Memorandum

07/18/2022 Note for Motion Docket

07/20/2022 Affidavit ▾

  Comment
  -OF WILLIAM MCKNIGH

07/20/2022 Recusal of Judge ▾

  Comment
  RUTH REUKAUF