FILED
TRACEY H. SLAGLE, CLERK

'22 JUL 14 P2:51

SUPERIOR COURT
YAKIMA CO. WA

## SUPERIOR COURT OF WASHINGTON FOR YAKIMA COUNTY

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual; and GIMME GUNS, LLC., a sole proprietorship, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; ROBERT UDELL, in his official capacity as Sheriff for Yakima County, Washington; and JOSEPH A. BRUSIC, in his official capacity as County Prosecutor for Yakima County. <br><br> Defendants | No. 22201446 39 <br><br> **SUMMONS** |

TO:        ROBERT W. FERGUSON, Washington State Attorney General
AND TO:   JOHN R. BATISTE, Chief of the Washington State Patrol
AND TO:   ROBERT UDELL, Sheriff for Yakima County
AND TO:   JOSEPH A. BRUSIC, County Prosecutor for Yakima County

A lawsuit has been started against you in the above-captioned court by the Plaintiffs Michael Scott Brumback and Gimme Guns, LLC. Plaintiff's claims are stated in the Complaint for Declaratory and Injunctive Relief, a copy of which is served upon you with this Summons. To defend against this lawsuit, you must answer the Complaint by stating your defense in writing, and you must serve a copy of your answer upon the undersigned attorney within twenty (20) days after service of this Summons, excluding the day of service.

Summons - 1

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301



1   If you fail to answer within the designated time, a default judgment may be entered against you without notice. A default judgment is one in which the Plaintiffs are entitled to what they ask for because you have not responded. If you serve a Notice of Appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiffs file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the Plaintiffs. Within fourteen (14) days after you serve the demand, the Plaintiffs must file this lawsuit with the Court or service on you of this Summons and Complaint will be void. If you wish to seek the advice of an attorney in this matter you should do so promptly so that your written answer, if any, may be served on time.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Civil Rules of the State of Washington and RCW 48.05.210.

DATED this of 14th day of July, 2022.

SIMON PETER SERRANO, WSBA # 54769
Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

Attorney for Plaintiffs

Summons - 2

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301