FILED
JUL 18 2022
Tracey M. Slagle
YAKIMA COUNTY CLERK

## SUPERIOR COURT OF WASHINGTON FOR YAKIMA COUNTY

MICHAEL SCOTT BRUMBACK, an individual; and GIMME GUNS, a sole proprietorship,

Plaintiffs,

v.

ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; ROBERT UDELL, in his official capacity as Sheriff for Yakima County, Washington; and JOSEPH A. BRUSIC, in his official capacity as County Prosecutor for Yakima County.

Defendants.

No. 22-201446-39

**PLAINTIFF'S MOTION FOR INJUNCTIVE AND DECLARATORY RELIEF**

Plaintiff, MICHAEL SCOTT BRUMBACK, and Plaintiff GIMME GUNS, a business entity, respectfully move this Court, in the exercise of its discretion and pursuant to its equitable powers to do justice according to the law, for the entry of an Order enjoining Defendants from enforcing ESSB 5078 and its amendments to RCW Chapter 9.41 that has the effect of impairing and/or infringing the Plaintiff(s)' right to bear arms as protected by the US Constitution and/or Washington Constitution.

Motion for Injunctive/Declaratory Relief - 1

Furthermore, the Plaintiffs request this Court to Declare that ESSB 5078 and its amendments to RCW Chapter 9.41 are unenforceable/non-viable law and are unconstitutional impairments/infringements upon the constitutionally-protected rights of Plaintiff(s) to bear arms under Article I, Section 24 of the Washington state Constitution and/or the 2nd Amendment to the United States Constitution.

Plaintiffs declare and allege that the harm of ESSB 5078, and its amendments in RCW Chapter 9.41, are ongoing harm to Plaintiffs on a daily basis since the effective date of said law on July 1, 2022, and that per RCW 7.40.020, this court may immediately enjoin the enforcement, viability, efficacy, and/or use by Washington government actors of said law(s) to prevent further harm to Plaintiffs' constitutionally-protected right(s).

This motion is based upon the authority of CR 65(b), LCR 7, RCW 7.40.020, and the equitable powers of this Court. This motion is supported by a Memorandum of Law in Support of Plaintiff's Motion for Injunctive and/or Declaratory Relief, the Affidavit of Plaintiff MICHAEL SCOTT BRUMBACK in support thereof, the Affidavit of CHARLES GILROY, owner of GIMME GUNS in support thereof, the Plaintiffs' Complaint, the Declaration of Gimme Guns in support of the motion/complaint, the Affidavit for firearms expert William McKnight, and the pleadings herein.

DATED this 18th day of July, 2022.

SILENT MAJORITY FOUNDATION

Simon Peter Serrano, WSBA No. 54769
5238 Outlet Dr.
Pasco, WA 99301
(530) 906-9666
pete@silentmajorityfoundation.org

Counsel for Plaintiffs

Motion for Injunctive/Declaratory Relief - 2