

**FILED**

JUL 18 2022

*Tracey M. Slagle*
*YAKIMA COUNTY CLERK*

## SUPERIOR COURT OF WASHINGTON FOR YAKIMA COUNTY

MICHAEL SCOTT BRUMBACK, an
individual; and GIMME GUNS, a sole
proprietorship,

|                                            |                         |
|--------------------------------------------|-------------------------|
| Plaintiffs,                                | No.    **22-2-01446-39** |
| vs.                                        |                         |

ROBERT W. FERGUSON, in his official
capacity as Washington State Attorney
General; JOHN R. BATISTE, in his official
capacity as Chief of the Washington State
Patrol; ROBERT UDELL, in his official
capacity as Sheriff for Yakima County,
Washington; and JOSEPH A. BRUSIC, in his
official capacity as County Prosecutor for
Yakima County.

**NOTE FOR MOTION DOCKET**

Defendants.

---

**TO:**      **CLERK OF COURT**

**AND TO:**    **Defendants Above-Named**

**NATURE OF MOTION:**    **Motion for Injunctive and Declaratory Relief**

     **PLEASE TAKE NOTICE** that the above Motion will be brought on for hearing on the 5th day of August, 2022, at the hour of 10:00 a.m., or as soon thereafter as this matter may be heard, and the Clerk is requested to please note the same on the Motion Docket.

Note for Motion Docket - 1

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

1    **DATED** this 18th day of July, 2022.

2
                                    **SILENT MAJORITY FOUNDATION**
3

4
                                    */s/ Simon Peter Serrano*
5                                   Simon Peter Serrano, WSBA No. 54769
                                    5238 Outlet Dr.
6                                   Pasco, WA 99301
                                    (530) 906-9666
7                                   pete@silentmajorityfoundation.org

8                                   Counsel for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301