

F I L E L

JUL 18 2022

*Tracey M. Slagle*
YAKIMA COUNTY CLERK

# SUPERIOR COURT OF WASHINGTON FOR YAKIMA COUNTY

MICHAEL SCOTT BRUMBACK, an individual; and GIMME GUNS, a sole proprietorship

      Plaintiffs,

vs.

ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; ROBERT UDELL, in his official capacity as Sheriff for Yakima County, Washington; and JOSEPH A. BRUSIC, in his official capacity as County Prosecutor for Yakima County.

      Defendants.

Case No.: 22-4-01446-39

**DECLARATION OF MICHAEL SCOTT BRUMBACK IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUCTIVE AND DECLARATORY RELIEF**

I, Michael Scott Brumback, make the following statements from my own personal knowledge under penalty of perjury of the laws of the State of Washington:

1. I am 60 years of age. I am a United States citizen and have been since birth. I have not been convicted of any crimes. I have a natural and constitutionally-protected right to own, possess, keep and bear arms under the WA and US Constitutions. This

AFFIDAVIT OF MICHAEL SCOTT BRUMBACK - 1

right is to be free of unwarranted government impairment, infringement, degradation and/or harassment.

2. I am a husband, father, business owner and US taxpayer. I legally own firearms such as handguns (revolvers and semi-auto), shotguns (pump and semi-auto), bolt action rifles, and semi-automatic rifles. I am licensed to conceal carry firearms by the states of Washington, Oregon and Utah.

3. I am a life member of the Veterans of Foreign Wars, a life member of the American Legion, a life member of the National Rifle Association, a life member of the Second Amendment Foundation and a member of the Sons of the American Revolution.

4. I have taken oaths to the Washington and US Constitutions. I am familiar with the meaning, import and duties associated with these oaths. My first oath to the US Constitution was during my enlistment in the US Army on August 15, 1979. I took another oath to the US and Washington Constitutions when I enlisted with the Washington Army National Guard in February of 1992.

5. I was sworn in as a commissioned US Army Reserve officer in 1997 and took an oath to the US Constitution as part of my commissioning. I served as a commissioned Judge Advocate General (JAG) officer for 20 years. I retired honorably as a Major in 2017. My combined enlisted and commissioned officer service totaled just over 30 years. My service took me to several OCONUS and CONUS duty stations.

6.  I have been licensed to practice law in the state of Washington since 1992. As part of my admission to practice law in the State of Washington, I took and swore an oath to the Washington and US Constitutions. I took similar oaths as a Yakima County Deputy prosecutor (1994-1996), City of Yakima Assistant City Attorney (1996-1998) and Judge *pro tempore* for Yakima County District Court. I am a member of the Washington State Bar Association and the Washington State Association for Justice (Eagle).

7.  The Washington State Constitution protects my individual right to bear arms in defense of myself, my family, my community and the state of Washington.

8.  Our right to bear arms is protected by Article I, Section 24 of the Washington State Constitution. Article I, Section 24 provides: **"Right to bear arms. The right of the individual citizen to bear arms in defense of himself, or the state, shall not be impaired….".**

9.  All judges, justices and lawyers admitted to practice law or sit as a judicial officers in the state of Washington swore an oath to the Washington Constitution, which, of course, includes a solemn promise to support, defend and protect the right to bear arms as found in Article I, section 24 of the Washington Constitution.

10. To "impair" means to lessen to any appreciable degree. The Merriam-Webster dictionary defines "impair" thusly: "to diminish in function, ability, or quality : to weaken or make worse."

11. I was able to buy ammunition magazines over 10 rounds before July 1, 2022. As of July 1, 2022, I cannot buy such magazines because the law changed and impaired my right to bear arms. Government actors who attempt to impair and/or infringe upon my right to bear arms are prohibited from taking such action by the "shall not" language in Article I, Section 24 of the Washington and US Constitutions.

12. Engrossed Senate Bill 5078 ("ESSB 5078" herein), amending RCW Chapter 9.41, bans the sale, manufacturing, importing, and/or distributing of ammunition magazines over 10 rounds. It was signed into law by Washington Governor Jay Inslee on March 23, 2022. The effective date upon which this law took effect was July 1, 2022.

13. On June 30, 2022, I was able buy 30 round ammunition magazines in Washington. On July 1, 2022, RCW Chapter 9.41, as amended by ESSB 5078 as signed into law by Governor Jay Inslee in March of 2022, prohibited the sale, manufacture, importation and/or distribution of said ammunition magazines. As a result, I was  on and after July 1, 2022 unable to purchase magazines capable of holding over 10 rounds of ammunition and can only buy 10 rounds (or less) ammunition magazines. I already have 10 round or less magazines.

AFFIDAVIT OF MICHAEL SCOTT BRUMBACK - 4

14. My intent and desire is to buy 30 round ammunition magazines. It is my constitutionally-protected right to purchase and procure ammunition magazines capable of holding over 10 rounds.

15. My right to bear arms has been harmed by the Washington legislature, Governor Inslee, Attorney General Ferguson and all who facilitated the passage of ESSB 5078.

16. The Washington Constitution provides that **"The provisions of this Constitution are mandatory, unless by express words they are declared to be otherwise."** The Washington legislature, Governor Inslee, and AG Ferguson ignored this provision.

17. A person, regardless of public office or social status, might be of the opinion that ammunition magazines holding over 10 rounds should be banned or not allowed for sale in Washington. Personal opinions are not law; they're simply opinions.

18. The US and WA Constitutions are law. They are "mandatory". Law is not personal opinion. It is not a mob's desire. It is not a tyrant's decrees.

19. An individual possesses a natural, God-given, right to defend himself so as to preserve his life and liberty and to protect his family. Every lawyer, judge, justice, commissioner, police officer, trooper and elected public servant in Washington took an oath to our Constitution to protect these God-given rights and liberties.

20. The Preamble to the Washington Constitution tells us from where our rights and liberties originate. The Preamble is the doorway to our Constitution; it colors and gives life to the entire document.

21. The Preamble to the Washington Constitution provides that: **"We, the people of the State of Washington, grateful to the Supreme Ruler of the Universe for our liberties, do ordain this constitution."**

22. Our liberties come from God, not man. You won't hear this taught in law school for that would undermine what it is that men with bad intent are doing with, and to, our rights and liberties. If people believe our rights come from man, then man can take such rights. But man may not take rights and liberties that God has given us. That distinction is critical to understanding what our US and WA Constitutions mean.

23. On July 1, 2022, I traveled to, and attempted to purchase a 30 round AR-15 rifle magazine at, Bestway Pawn Mart, Inc., located at 22 South First Street, Yakima, WA 98901. The owner had advertised the sale of 30 round magazines the days, weeks and months prior to July 1, 2022.

24. I was told by the owner/manager of Bestway Pawn Mart that, as of July 1, 2022, he was not legally able to sell me a 30 round rifle magazine since such ammunition magazines were no longer able to be sold legally in the state of Washington. I told the owner of Bestway Pawn Mart that I had money and was there at Bestway Pawn

Mart ready, willing and able to buy a 30 round ammunition magazine for an AR-15 semiautomatic rifle. The owner of Bestway Pawn Mart told me that I could not buy such an ammunition magazine from him because he was prevented, as of July 1, 2022,  by law from selling such 30 round ammunition magazines. I told him that I believed that the "law" is unconstitutional and an affront to every free American. I then left his business without being able to purchase the 30 round magazine.

25. On July 1, 2022, I left Bestway Pawn Mart, Inc. and traveled immediately to "The Range" located, and doing business, at 1701 Garretson Lane, Yakima, WA 98908. The Range is a full service firearms facility serving Americans who exercise their right to possess and use firearms. The Range has an indoor shooting range. I have been a member of the Range for years and I am familiar with their services. I have purchased firearms, ammunition, firearms parts and gunsmithing services from the Range in the past. I have taken firearms safety classes at the Range. I have been a speaker at the Range for events involving firearms laws. I have, on numerous occasions, used the Range's indoor shooting range to shoot both handguns and rifles.

26. I have personal knowledge that the Range has had, prior to July 1, 2022, ammunition magazines for sale that held more than 10 rounds. On July 1, 2022, I entered the Range to buy a 30 round ammunition magazine for an AR-15. I entered the gun store portion of the Range and engaged Austin Harlan, the owner/manager of the Range whom I have known for years. I told Austin I was there to buy a 30 round ammunition magazine for an AR-15. He said he could not sell me such a magazine

since it was, as of July 1, 2022, illegal for him to sell me such a magazine. Austin indicated that he was now prohibited by law from selling me such a magazine. I showed Austin my wallet with money sufficient to buy several 30 round magazines. I told Austin I was ready, willing and able to purchase a 30 round ammunition magazine for an AR-15 from him. He said he could not sell me such a magazine. I left the Range and returned home.

27. On July 9, 2022, I traveled to Selah, Washington and entered the business called "Gimme Guns", a gun store located at 4 10th Avenue East, Selah, WA 98942. I met the owner, a very courteous and knowledgeable person whom I asked if I could buy a 30 round ammunition for my AR-15. He said he could not sell me such a magazine because the law in Washington as of July 1, 2022 prohibited him from selling me such a magazine. I showed him my wallet and I said that I was ready, willing and able to buy such a magazine. He refused since the law prevented such a transaction. I told him I thought the law was unconstitutional because it impaired and/or infringed upon my right to bear arms. I left Gimme Guns without purchasing the 30 round magazine. I probably would have bought ten such magazines. Since Washington's law prevented the sale of 30 round magazines, the owner of Gimme Guns lost the opportunity to consummate a pretty nice little sale on a Saturday. This was a victory for the gun-banners and a loss for patriotic, law-abiding citizens.

28. I have had fairly extensive training and experience with firearms over my adult life. After growing up, as many American boys and young men do, with firearms for

hunting and sports shooting, I entered the US Army to be an armored crewman when I turned 18. That is a military occupation that involved the regular use of a wide variety of firearms, to include the M1911 .45 caliber semi-automatic pistol, the M3 "Grease Gun" fully automatic submachine gun chambered in .45 caliber fitted with 30 round magazines, the M16 battle rifle chambered in 5.56mm/.223 caliber and fitted with 10, 15, 20 and 30 round magazines, the M240, fully automatic, belt-fed, 7.62mm machine gun, the M2, .50 caliber, belt-fed, heavy barrel machine gun, the M73/M219, 7.62mm, belt-fed machine gun, the M9 semiautomatic pistol chambered in 9mm, and the 105mm and 120mm main guns of the M60 and M1 series tanks.

29. I served as a US Army active duty and Washington Army National Guard "tanker" for approximately 10 years. As a soldier, Non-Commissioned Officer, gunner and tank commander with the US Army's 3rd Infantry Division and 4th Infantry Division and the 81st Brigade (Enhanced) of the WAANG, not only did I regularly use these firearms/weapons systems, but I also regularly trained soldiers with regard to their use and maintenance. I participated in setting up ranges for soldiers to shoot these weapons as well. As a tank commander, I trained my crewmen on the use of a variety of heavy weapons systems as well as personal defense weapons.

30. I have possessed and owned a variety of firearms as an American citizen. The right to bear arms is not given to us by the US and Washington Constitutions, but rather is a right PROTECTED BY those constitutions.

31. I have, for well over 30 years, owned 10, 15, 20 and 30 round ammunition magazines fitted for my firearms. Never once did any of those magazines give me, or anyone else, trouble or hurt anyone of their own accord. My fellow soldiers, marines, sailors, airmen, and coasties who I know and who have owned ammunition magazines of capacities greater than 10 rounds for years and decades have not, to my knowledge, ever committed a crime using one of those magazines. Yet each of us is no longer permitted or allowed to purchase an ammunition magazine in the state of Washington. We're treated like criminals even though we honorably served, and were trusted by, our country for years. This is a slap in the face to all veterans who believe in the right to bear arms.

32. We who served our republic and states in the military are now treated as children by some persons in state and federal government who have forgotten they are to protect our liberties, not take, impair or infringe upon them. Ammunition magazines in common use by civilians and retired/former military and/or law enforcement for decades are now unavailable for purchase in Washington.

33. This change in the law regarding ammunition magazines, while a clear impairment and/or infringement, is also a decree by oath-breakers in government operating under the guise and color of law that I and my fellow citizens are not to be trusted; that because criminals commit crimes, we the law-abiding are to be punished for their acts; and that my and my fellow citizens' right to bear arms is not in fact a right, but rather is a petty privileged to be removed, modified, impaired and/or infringed at the

AFFIDAVIT OF MICHAEL SCOTT BRUMBACK - 10

whim of "important" and powerful people in office.  This is precisely what our Founders feared and the reason for our Constitutions.  This abuse of power by wayward office holders is the very same sort of dishonorable and underhanded behavior that compelled our American ancestors to resist England's tyranny.

34. WA Attorney General Bob Ferguson, along with some others in public office either in the executive, legislative and/or judicial branches of Washington state government, are engaged in a well-orchestrated effort/campaign to incrementally impair our right to bear arms.

35. Ferguson and his allies are engaged in a coordinated effort to undermine my ability to possess and/or purchase and/or transfer certain firearms, such as requiring onerous "safe storage" laws, mandating certification to purchase a semiautomatic rifles such as a .22 caliber rifle that has been used by youngsters for nearly a century, firearm registration with the state, the disclosure of private health information to public authorities, or the outright ban of certain rifles by adults under the age of 21 years.

36. Ferguson has been instrumental in the redefinition of firearms and firearms accessories in a coordinated, but incremental, campaign to ban, impair and/or infringe upon Washingtonians rights to bear arms as protected by the Washington and US Constitutions.  Ferguson has helped define certain semiauto rifles as "assault weapons" or certain ammunition magazines as "large capacity" magazines when such labels are intended to scare people and sway public opinion to optimize his political

advantages to ultimately disarm Washington's citizens or run those who do firearms business out of Washington. This is a great offense and dishonor to those who have served our great country and the great state of Washington. Ferguson, simply put, is taking away our liberties and rights given to us by God.

37. Ferguson, as Washington's Attorney General in the executive branch, was instrumental in proposing and passing legislation (I-1639) that created statutory law impairing/infringing upon the right of citizens in this state to keep, bear, possess, purchase and/or transfer firearms and firearms accessories. Ferguson was so intimately involved in the I-1639 initiative process that he was forced to recuse himself due to a conflict of interest from his duties as WA Attorney General.[1] Ferguson, along with WA Governor Inslee, called for a ban on semiauto rifles (Ferguson calls them "assault weapons") and ammunition magazines over 10 rounds.[2]

38. As a US Army Reserve Judge Advocate General Officer (ie., Army lawyer), I was assigned to the United States Northern Command (USNORTHCOM) at Peterson AFB in Colorado Springs, CO. USNORTHCOM is an active duty unit that provides homeland defense/homeland security for the United States.

_____

[1] https://www.nwpb.org/2018/04/23/in-unusual-move-washington-attorney-general-endorses-gun-related-ballot-measure/

[2] https://www.atg.wa.gov/news/news-releases/inslee-ferguson-legislature-it-s-time-limit-high-capacity-magazines-stop-selling

AFFIDAVIT OF MICHAEL SCOTT BRUMBACK - 12

39. I served with the headquarters element of USNORTHCOM for several years as a "domestic operations" attorney. My duties involved being part of a command legal staff charged with advising the commander of NORAD/USNORTHCOM related to matters affecting homeland security and homeland defense. As part of the Office of the Staff Judge Advocate General's office that advised this 4 star command, my duties involved matters related to constitutional, statutory and case law in the United States as it affected domestic matters, such as in times of insurrections, natural disasters and/or foreign invasion.

40. As a US Army Reserve "domestic operations" JAG attorney, I also performed duties on behalf of USNORTHCOM at various locations around the United States. I was trained to be a legal advisor for a "dual status commander" who commanded state and federal military assets during a time of national/state emergencies, disasters and/or threats to the homeland.

41. The dual status commander takes charge of emergency operations in a state/region/zone afflicted by disaster and interacts/coordinates with state governors, their staffs, their military departments and a full range of civilian emergency management assets. My task and duty was to provide legal advice to the dual status commander during all phases of his command activities. Legal issues may involve search and rescue, route clearance, surveillance issues, criminal justice, rules of engagement, defense of federal and state critical infrastructure, mortuary affairs, civil unrest and use of force.

42. As a US Army Reserve JAG officer imbedded with an active duty federal military unit (USNORTHCOM) tasked with homeland defense/security, I was expected to know applicable state and federal laws in the discharge of my duties to ably advise the dual status commander in a very dynamic and complex legal and disaster environment. I interacted and worked with comms assets, law enforcement (both civilian and military, state, local and federal), medical personnel, mortuary affairs personnel (both civilian and military), criminal justice assets (both civilian and military), US Air Force airborne surveillance assets/platforms, and Nuclear, Biological and Chemical (NBC) personnel/equipment assets.

43. Most of my legal work in this capacity was unclassified, but some work involved access to or use/dissemination of classified information. I was required to have and maintain a Top Secret-SCI security clearance to be a domestic operations attorney with USNORTHCOM.

44. I was involved, on occasion, with legal reviews associated with potential domestic surveillance by DoD assets during disaster operations, an area that involved constitutional law issues at both the state and federal levels.[3] Military surveillance assets are useful for search and rescue and/or situational awareness functions during a disaster, but can also involve constitutional questions that may, for example,

---

[3] https://digitalcommons.law.byu.edu/cgi/viewcontent.cgi?article=2559&context=lawreview

AFFIDAVIT OF MICHAEL SCOTT BRUMBACK - 14

implicate the US Constitution's 4th Amendment. Likewise, other constitutional issues were before me in my role of advising the dual status commander, such as constitutional issues dealing with the 2nd Amendment and Washington and Idaho constitutional law.

45. Washington state has had concerns, for many years, that a natural disaster is possible (and perhaps maybe even likely in the relative near future) in the form of a strong earthquake in an area along the western side of Washington state known as the "Cascadia Subduction Zone". Washington state has engaged in training with federal entities such as FEMA, DHS and the DoD to prepare for such an event. This event implicated a myriad of legal issues. It was my job as a JAG officer, to advise and assist the dual status commander (typically a 1 star General Officer) in conducting operations. If the Cascadia Subduction Zone event were to happen, the common refrain amongst those who worked the exercises (I worked three different years of exercises advising the dual status commander) was that western Washington would be heavily impacted, with critical infrastructure and public services, roads, bridges, hospitals, airfields, ports, etc., potentially out of commission for weeks, if not months. Citizens would be, to varying degrees, on their own. Medical and law enforcement services would be severely impaired if not gone for a protracted period of time, thus putting citizens in a position of vulnerability. Law enforcement, critical infrastructure, and medical personnel, for example, would be impacted by the event directly and unlikely to respond immediately due to infrastructure obstacles or even due to their own family emergencies.

AFFIDAVIT OF MICHAEL SCOTT BRUMBACK - 15

46. An anticipated potential consequence of the Cascadia Subduction Zone earthquake that was trained for by state, federal, local and tribal interests was that citizens would be, depending on the area in which they lived during and after the earthquake, "on their own" to varying degrees and thus responsible for their own food, water, waste, medical and personal security needs for days, weeks and even months. This is one reason why citizens are admonished to keep emergency provisions on hand.

47. Since the earthquake/disaster event could happen day or night at any time during the course of the year (ie., during inclement weather that impacted the ability of government and civilian resources to traverse, eg., the mountains) and would likely involve a fairly large number of people away from their homes and hometowns, refugees (ie., displaced persons) would be of great concern as well. Communications, at least locally, are anticipated to be heavily impacted, both for civilians and governmental entities alike.

48. Should a severe disaster event occur with widespread impacts on government services and critical infrastructure, federal resources are trained and prepared to respond immediately to render aid. In fact, the term "immediate response authority" is a term with legal implications. Training for these events by tribal, local, state and federal forces occurs frequently all across the United States and also involves coordination with foreign allies for support. My role in all this was as part of the DoD response, with an eye on the process, for example, from the governor of the state of Washington

(with advice and input from the WA State Attorney General's office) through FEMA to the Secretary of Defense and the President of the United States and then back again in the form of Defense Support to Civil Authorities (DSCA).

49. The three different years I worked on behalf the DoD and interfaced with the Washington government, to include the Washington Army National Guard, the WA Air National Guard, law enforcement, US military assets, US federal civilian assets, I was aware that the Washington Governor Jay Inslee and the Washington Attorney General were, to varying degrees, apprised of the nature and extent of the disaster planning, to include the potential for widespread devastation and follow on effects therefrom.

50. As the top law enforcement officer in the state of Washington (Ferguson has referred to himself as such), WA Attorney General Ferguson was made aware, either directly or indirectly through staff briefings, of the potential for criminal activity in the afflicted areas where law enforcement was degraded due to the effects of the earthquake.  The training attended by state, federal, local and/or tribal government officials for the Cascadia Subduction Zone event involved, in various training scenarios where gangs and/or criminal elements may take advantage of the absence and/or disability of law enforcement and prey on citizens and/or displaced person trying to deal with the effects of the devastation.  Gangs, organized criminals and/or roving criminals are known to have access to various illegal weapons, such as fully

automatic weapons, 30 round (or greater) ammunition magazines and a range of weaponry that would pose a significant danger, potentially, to the public.

51. Governor Inslee, his staff and Attorney General Ferguson, and his staff, were made aware, either directly or indirectly, of the potential for criminal activity in the afflicted areas.  Sheriffs of many Washington counties participated in the training over several years and were also aware of the dangers of criminal activity in the afflicted areas.  Moreover, given the need for additional manpower in the afflicted areas, counties not directly impacted by the effects of the earthquake would nonetheless be called upon to provide mutual assistance to the afflicted areas, to include providing manpower resources.

52. My role, in part, was to advise the dual status commander and his subordinates with respect to legal implications involved with various legal and humanitarian issues involved in the disaster planning.  One of the aspects that I worked on not only in Washington state, but also as the legal advisor to the dual status commander in Idaho for the same exercise.  It was anticipated that a large amount of displaced persons would migrate across the Cascade Mountains towards Idaho, with many stopping, resting and/or receiving aid in Yakima, Wenatchee, Moses Lake, the Tri-Cities, Spokane and many other towns along the way towards northern Idaho (mostly Coeur D'Alene) or southeasterly towards Boise (where I was based and advising the dual status commander at Gowen Field just outside of Boise).  A legal issue that was present involved the status of displaced persons who would migrate with firearms in

AFFIDAVIT OF MICHAEL SCOTT BRUMBACK - 18

their possession in order to protect their families and selves on their trek eastward toward safety and help.  My position was two-fold, that first, of course they would have arms to protect themselves and their families, and that second, they enjoyed protections of their rights to bear arms by the US, Washington and Idaho Constitutions.

53. Times of emergency do not terminate or suspend our constitutions. In fact, this is when they are needed most to ensure that people in positions of power do not abuse that power under the guise of emergency powers.

54. Washington's Article I, Section 24 individual right to bear arms and the US Constitutions individual right to keep and bear arms was and were fully viable and in effect even during a disaster or emergency event, whether in training or in an actual disaster.

55. My advice as an Army JAG domestic operations attorney to protect and support the constitutional rights to bear arms was consistent with my NORTHCOM training and experience that the constitutional rights of displaced persons, to include the right to bear arms, would be protected by federal forces operating in the area.  I was tasked with researching and advising on this issue and others related to civil liberties during the disaster.  WA Attorney General Ferguson and Governor Inslee were kept apprised of these issues from my vantage point at Camp Murray, the headquarters of the

disaster response command structure in Washington state, to include interactions with the WA state governor's and attorney general's office personnel.

56. It is my sincere professional opinion based on my rather unique position of being a legal advisor to a dual status commander with command responsibilities in the state of Washington and/or Idaho that included constant communications with the WA governor's office (Inslee) and WA Attorney General's office (Ferguson) during the course of several disaster exercises related to the Cascadia Rising and/or Cascadia Subduction Zone event, that the potential for criminal activity occurring at high levels during the disaster aftermath is great, and that such criminal activity may likely involve criminals armed with semiautomatic and/or fully automatic weapons with ammunition magazine capacities over 10 rounds.

57. If Washington citizens may now only purchase ammunition magazines with 10 rounds or less capacity, this puts the Washington citizens at a distinct disadvantage in relation to criminal elements during a disaster/emergency event and does, in fact, "impair" their right to defend themselves, and the state, from danger.

58. On 31 January 2017, I was awarded the Defense Meritorious Service Medal for service that was, in part, related to my legal services rendered to dual status commanders as part of the above-described exercises. The citation reads as follows: "Major Michael S. Brumback, United States Army Reserve, distinguished himself by exceptionally meritorious service as Domestic Operations Legal Advisor,

Headquarters, North American Aerospace Defense Command and United States Northern Command, Peterson Air Force Base, Colorado from May 2014 to October 2016. During this period, Major Brumback's outstanding leadership, professional skill, and ceaseless efforts resulted in major contributions to the success of the command's missions. He authored a Threat Level Matrix for use by Judge Advocate staff and other members of the Commands, refining it over the years to meet emerging threats. In 2016, Major Brumback served as legal advisor to the Idaho National Guard Dual Status Commander during ARNDENT SENTRY exercise, EVERGREEN TREMOR, and as part of J36 while providing vital legal advice in educating Idaho National Guard troops and enhancing their Domestic Operations experience. His skillful efforts as legal advisor in the Future Operations Center flawlessly supported multiple exercises and real-world events. The distinctive accomplishments of Major Brumback reflect great credit upon himself, the United States Army, and the Department of Defense."

59. The above Defense Meritorious Service Medal was issued by the office of the United States Secretary of Defense. I include it here to simply to lay the foundation that I have been intimately involved with a wide variety of legal issues involving constitutional questions that also relate to ESSB 5078's magazine sale/distribution/manufacture/import ban. My legal experience bears directly upon questions related to whether this ban passes constitutional muster. It does not, in my opinion, and is clearly, on its face, an unconstitutional "law".

60. When I trained the Idaho National Guard, they had not been intensely involved in domestic operations before and had instead fairly recently been deployed overseas in combat operations. My training objectives for the Idaho Army National Guard was to build their skillsets with regard to dealing with emergencies within the United States which of course involves a completely different mindset than that of a soldier overseas engaged in combat operations since we are dealing with American citizens on American soil. As a result, the implications of operations in the "homeland" necessarily involved considerations of US and state constitution and statutory law. An aspect of those considerations that I personally dealt with in several ways involved the right to bear arms, both as protected by the US Constitution, Washington Constitution and Idaho Constitution. In other words, soldiers overseas in a combat operations environment operate with certain "rules of engagement" and "rules for the use of force". Domestically, people may be surprised to learn that military forces, in a disaster area/zone where civil authorities are degraded or maybe non-existent, enter that area/zone with "rules of engagement" and "rules for the use of force". I know, because I drafted them and/or was involved in their drafting for use by federal and state military forces tasked with operating in Washington and Idaho.

61. In addition to the above Defense Meritorious Service Medal, I have been awarded two other Meritorious Service Medals as well as seven Army Commendation Medals and other awards and medals. I have graduated from the United States Army Domestic Operations course held at the University Virginia and the United States Army JAG School in Charlottesville, VA. I have years of experience as a domestic

operations attorney serving with various units in the US. I have been recognized by

the Department of the Army and the Judge Advocate General, US Army Major

General Walter B. Huffman for my contribution to "The Lautenberg All-States Guide

Database" dealing with federal and Washington state firearms laws in 1998 and was

awarded an Army Commendation Medal as a result. General Huffman referenced

that the publication was in "world-wide use by Army legal assistance attorneys" for

reference to firearms related inquiries. I am an honor graduate of two Non-

Commissioned Officer academies (3rd and 4th Infantry Divisions).

62. Again, I familiar with the types and general prevalence of firearms and their

accessories in common use within the United States and with the US population in

general since I not only have civilian experiences of living in various states, but I also

have military experience living in various states and being stationed around the US.

For example, the AR-15 exists and is used by citizens in every state of the union, and

ammunition magazines that are designed to be fitted into the AR-15 number in the

hundreds of millions. I also have knowledge about the extent to which the AR-15 and

other semiautomatic rifle/pistol platforms exist in the US, Washington and Idaho

because that was part of my training in the above-described military exercises.

63. The "Threat Level Matrix" referenced in the above MSM citation above and that I

authored is in use by NORAD and USNORTHERNCOM (and probably other

commands). It was the result of extensive research into the sources of legal and

operational authorities of NORAD and USNORTHCOM and involved an

AFFIDAVIT OF MICHAEL SCOTT BRUMBACK - 23

understanding and depiction of a wide range of threats to US forces operating in the homeland AO. Constitutional considerations were a part of my research and advice to the command with respect to this matrix.

64. I believe the Washington state legislature, with the passing/signing of ESSB 5078 and its amendments to RCW Chapter 9.41, overstepped constitutionally-mandated bounds under the Washington and US Constitutions related to the right to bear arms.

65. In addition to the concrete examples of why citizens need to have access to ammunition magazines greater than 10 rounds as recited above with regard to disaster scenarios, there are countless other examples where limiting a citizen to a 10 round ammunition magazine could endanger his or her life or their loved ones' lives, such as if multiple persons acted to do harm to the person exercising their right to bear arms in defense of themselves and/or family.

66. An easy and simple way to see the impairment that Inslee, Ferguson and ESSB 5078 have burdened Washington citizens' right to bear arms, consider this: If a criminal (who does not btw obey the law) has a semiauto rifle fitted with a 30 round ammunition magazine and acts to harm a law-abiding citizen armed with the same rifle (that Ferguson/Inslee/Biden intend to ban btw) but who only has a 5 or 10 round ammunition magazine, who has the advantage? Clearly the criminal has the advantage and the citizen is in greater danger of death or serious injury.

67. Governor Inslee, AG Ferguson and the Democrat controlled legislature involved with the passage of ESSB 5078 have thereby endangered the lives and welfare of the people of the state of Washington. And given their knowledge of emergency scenarios such as with the Cascadia Subduction Zone and the likelihood of danger to the public by roving criminal elements, their actions that endanger the citizens of Washington are done knowingly.

68. Article I, Section 1 provides that not only is all political power inherent in the People, but government's job is to **"protect and maintain individual rights"**[4]. We know that the Article I, Section 24 right to bear arms is an individual right because it says so explicitly. And we know, by virtue of Article I, Section 29 of the Washington Constitution, these provisions are "mandatory". Government, therefore, is not instituted in order to control, monitor or regulate us, rather, it is instituted to protect our liberties.

69. As time passed, government has reversed this concept to not protect our liberties so much as to control us and convert our rights into privileges. Rights cannot be taken away. Privileges can. This distinction is missed by those who have forgotten liberty.

---

[4] ARTICLE I DECLARATION OF RIGHTS Article I Section 1 SECTION 1 POLITICAL POWER. All political power is inherent in the people, and governments derive their just powers from the consent of the governed, and are established to protect and maintain individual rights.

AFFIDAVIT OF MICHAEL SCOTT BRUMBACK - 25

70. Is ESSB 5078 a law that protects and maintains our/my individual rights, or does it lessen, reduce, weaken, restrict or narrow my rights?  Clearly, on its face, this law's only result is to remove and/or impair my right to bear arms.

71. A person with even limited firearms experience can figure out that only 10 rounds in a tense situation with one or more assailants could result in multiple shots fired with some or all shots being misses on the intended target.  As a result, a reload of the rifle through a change of magazines while under duress is needed in order to survive.  This maneuver requires skill and training and involves the use of valuable time that may mean the difference between life or death. Under pressure, accuracy wanes, confusion happens.  A 30 round magazine, for example, would extend the ability of a law-abiding citizen to keep shooting and also lessen the need for a magazine change during a tense encounter.  In other words, a 30 round magazine, as opposed to a 10 round (or less) magazine greatly enhances a citizen's chances of survival in a gun fight.

72. Presently, the United States has over 400 million firearms, with about 20 million of those being AR-15's.[5] At least 150 million pistol and rifle ammunition magazines exist that can hold over 10 rounds of ammunition.[6]  That data confirms that semiauto

---

[5] https://www.guns.com/news/2020/11/17/data-us-has-434-million-guns-20m-ars-150m-mags
[6] Id.

AFFIDAVIT OF MICHAEL SCOTT BRUMBACK - 26

rifles like the AR-15 and magazines over 10 rounds are in "common use" in the US, including Washington state.

73. WA Governor Inslee, WA Attorney General and the Washington legislature, by and through ESSB 5078 as signed into law and amending RCW Chapter 9.41, has impaired my constitutionally-protected right to bear arms as found in Article I, Section 24 since I cannot now, as of July 1, 2022, purchase from Washington firearms dealers, ammunition magazine over 10 rounds. My right to bear arms is weaker, less, reduced and/or restricted than it was as of June 30, 2022 (and before), and thus my right to bear arms has been "impaired" in clear violation of Article I, Section 24.

74. As a result of the foregoing, ESSB 5078, and changes/amendments to RCW Chapter 9.41 that resulted therefrom, should be declared null, void and of no legal effect since ESSB 5078 violates Article I, Section 24 of the Washington Constitution. Furthermore, the Court should enjoin the implementation of ESSB 5078 and its effects on RCW Chapter 9.41 as it relates to limiting ammunition magazines to a capacity of 10 rounds or less in the state of Washington.

**"Bad men need nothing more to compass their ends, than that good men should look on and do nothing."**  John Stuart Mill, <u>Inaugural Address Delivered to the University of St Andrews, 2/1/1867</u>

AFFIDAVIT OF MICHAEL SCOTT BRUMBACK - 27

Made under penalty of perjury under the laws of the State of Washington.  Signed in Yakima, Washington this /3 day of July, 2022.

Michael Scott Brumback, Citizen

AFFIDAVIT OF MICHAEL SCOTT BRUMBACK - 28