

FILED
JUL 18 2022
Tracey M. Slagle
YAKIMA COUNTY CLERK

SUPERIOR COURT OF WASHINGTON FOR YAKIMA COUNTY

MICHAEL SCOTT BRUMBACK, an individual; and GIMME GUNS, a sole proprietorship

Plaintiff,

vs.

ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; ROBERT UDELL, in his official capacity as Sheriff for Yakima County, Washington; and JOSEPH A. BRUSIC, in his official capacity as County Prosecutor for Yakima County.

Defendants.

No. 22-2-01446-39

**AFFIDAVIT OF CHARLES GILROY IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUCTIVE AND DECLARATORY RELIEF**

I, Charles Gilroy, make the following statements from my own personal knowledge under penalty of perjury of the laws of the State of Washington:

1. I am an adult of 38 years of age. I am a United States citizen and a resident of the State of Washington. I am of sound mind.

2. I own and operate Gimme Guns, sole proprietorship located at 4 E 10th Ave, Selah, WA 98942. Gimme Guns is a federally licensed firearms ("FFL") dealer, licensed by the

AFFIDAVIT OF CHARLES GILROY ON BEHALF OF PLAINTIFFS' COMPLAINT FOR IJNUNCTIVE AND DECLARATORY RELIEF - 1

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

Bureau of Alcohol, Tobacco and Firearms under FFL license number of 9-91-XXX-XX-XX-05394.

3. I have owned and operated Gimme Guns since January 2015.

4. I have roughly 10 years of experience in the firearms industry, including sales, management, and ownership experience.

5. Throughout my time in the firearms industry, I have sold our bought nearly 50,000 guns (on average, I sell 4,500 guns per year). I also sell gun accessories, including ammunition, magazines, carrying bags, etc.

6. I sell handguns and rifles. Nearly all the firearms I sell have more than 10 round magazines or capacity. On average, I sell roughly 5-6 handguns for each semi-automatic rifle.

7. These semi-automatic firearms (handguns and rifles) with more than 10 round magazines are sold to civilians and military alike. My experience at Gimme Guns is that I sell firearms to less than two dozen active duty military members (compared to my annual sales of nearly 4,500 firearms).

8. Prior to the passage and enactment of Engrossed State Senate Bill ("ESSB") 5078, my weekly sales of greater than 10 rounds magazines varied from several to hundreds, although it averaged out to a couple dozen.

9. After the enactment of ESSB 5078 (July 1, 2022), I have had several (at least 10) customers seeking to purchase greater than 10 round magazines. I've had to deny each of these potential purchasers as ESSB 5078 prohibits the sales of such magazines.

10. ESSB unquestionably impacts my ability to sell magazines and firearms that hold greater than 10 rounds of ammunition. While I will lose the ability to make sales, more

AFFIDAVIT OF CHARLES GILROY ON BEHALF
OF PLAINTIFFS' COMPLAINT FOR IJNUNCTIVE
AND DECLARATORY RELIEF - 2

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

importantly, ESSB 5078 infringes on my right to sell, and my customers' rights to purchase such magazines.

Made under penalty of perjury under the laws of the State of Washington. Signed in Yakima, Washington this 14th day of July, 2022.

_____
Charles Gilroy, Owner of Gimme Guns

SUBSCRIBED TO AND SWORN before me this 14 day of July, 2022.



_____
Print Name: Carlene M. Markfelder
NOTARY PUBLIC in and for the State of
Washington, residing at: Yakima
My commission expires: 3/5/2023

AFFIDAVIT OF CHARLES GILROY ON BEHALF
OF PLAINTIFFS' COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF - 3

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301