1  R. JULY SIMPSON, WSBA #45869
   Assistant Attorney General
2  Washington State Office of the Attorney General
   7141 Cleanwater Dr. SW
3  PO Box 40111
   Olympia, WA 98504-0111
4  (360) 709-6470

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants. | NO. 1:22-cv-03093-MKD <br><br> AMENDED NOTICE OF REMOVAL |

TO:        MICHAEL SCOTT BRUMBACK and GIMME GUNS, LLC., Plaintiffs;

AND TO:    SIMON PETER SERRANO, Plaintiffs' Attorney;

AND TO:    CLERK OF THE ABOVE-ENTITLED COURT.

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, without waiving any procedural or substantive defenses except as provided by operation of law, Defendants Robert W. Ferguson, in his official capacity as Washington State Attorney General, and John R. Batiste, in his official capacity as Chief of the

AMENDED NOTICE OF REMOVAL
NO. 1:22-cv-030930-MKD

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1  Washington State Patrol, hereby submit this amended notice of removal to reflect

2  the consent of all named Defendants, all of whom have now appeared in the case.

3  In support of this removal, Defendants Ferguson and Batiste provide the

4  following short, plain statement of the grounds for removal:

5  **A.    Plaintiffs' Claims Arise Under the Constitution of the United States**

6  1.    Plaintiffs' complaint raises a federal question, namely whether a

7  Washington State statute conflicts with the Second Amendment of the United

8  States Constitution. Removal is therefore appropriate under 28 U.S.C. §§ 1331

9  and 1441(a).

10 **B.    Defendants Robert W. Ferguson and John R. Batiste Have Satisfied the Procedural Requirements for Removal**

12 1.    This notice is timely. Plaintiffs filed their Complaint on

13 July 14, 2022, and Defendants Ferguson and Batiste filed both the original Notice

14 of Removal and this Amended Notice within 30 days. *See* 28 U.S.C. § 1446(b)(1)

15 ("The notice of removal of a civil action or proceeding shall be filed within 30

16 days after the receipt by the defendant, through service or otherwise, of a copy of

17 the initial pleading setting forth the claim for relief upon which such action or

18 proceeding is based . . .").

19 2.    As of the filing of the original Notice of Removal on July 21, 2022,

20 Defendants Ferguson and Batiste were not aware that Plaintiffs had served any

21 other Defendants. Counsel for Defendants Udell and Brusic subsequently filed a

22 notice of appearance on July 26, 2022, and notified the undersigned that

AMENDED NOTICE OF REMOVAL
NO. 1:22-cv-030930-MKD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1  Defendants Udell and Brusic consent to removal. Accordingly, "all defendants
2  who have been properly joined and served . . . join in or consent to . . . the
3  removal of the action." 28 U.S.C. § 1446(b)(2)(A).

4      3.    This Court has personal jurisdiction over all Plaintiffs and
5  Defendants.

6      4.    In compliance with 28 U.S.C. § 1446, Defendants Ferguson and
7  Batiste attached as an appendix to the original Notice of Removal a true and
8  complete copy of all process, pleadings, and orders served upon Defendants
9  Ferguson and Batiste in Yakima County Superior Court Cause No. 22-2-01446-
10 39. Moreover, a copy of the original Notice of Removal, without the attached
11 appendix, was filed with the Yakima County Superior Court and served on all
12 adverse parties. A copy of this Amended Notice of Removal will also be filed
13 with the Yakima County Superior Court and served on all adverse parties.

14     DATED this 27th day of July 2022.

15                        ROBERT W. FERGUSON
                          Attorney General
16

17                        *s/ R. July Simpson*
                          R. JULY SIMPSON, WSBA #45869
                          WILLIAM MCGINTY, WSBA #41868
18                           ANDREW HUGHES, WSBA #49515
                          BRIAN HUNT ROWE, WSBA #56817
19                           Assistant Attorneys General
                          JEFFREY T. EVEN, WSBA #20367
20                           Deputy Solicitor General
                          KRISTIN BENESKI, WSBA #45478
21                           First Assistant Attorney General
                          Complex Litigation Division
22

AMENDED NOTICE OF REMOVAL
NO. 1:22-cv-030930-MKD
3
ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Brian.Rowe@atg.wa.gov
Jeffrey.Even@atg.wa.gov
Kristin.Beneski@atg.wa.gov
*Attorneys for Defendants*
*Robert W. Ferguson and John R. Batiste*

AMENDED NOTICE OF REMOVAL
NO. 1:22-cv-030930-MKD

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1

**PROOF OF SERVICE**

2     I hereby certify that I electronically filed the foregoing with the Clerk of
3 the Court using the CM/ECF System, which in turn automatically generated a
4 Notice of Electronic Filing (NEF) to all parties in the case who are registered
5 users of the CM/ECF system. The NEF for the foregoing specifically identifies
6 recipients of electronic notice.

7     I declare under penalty of perjury under the laws of the United States of
8 America that the foregoing is true and correct.

9     DATED this 27th day of July 2022 at Tacoma, Washington.

*s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General

AMENDED NOTICE OF REMOVAL
NO. 1:22-cv-030930-MKD

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470