1   R. JULY SIMPSON, WSBA #45869
    WILLIAM MCGINTY, WSBA #41868
2   ANDREW HUGHES, WSBA #49515
    BRIAN HUNT ROWE, WSBA #56817
3   Assistant Attorneys General
    JEFFREY T. EVEN, WSBA #20367
4   Deputy Solicitor General
    KRISTIN BENESKI, WSBA #45478
5   First Assistant Attorney General
    Washington State Office of the Attorney General
6   7141 Cleanwater Dr. SW
    PO Box 40111
7   Olympia, WA 98504-0111
    (360) 709-6470

8

9                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF WASHINGTON**

10  MICHAEL SCOTT BRUMBACK,              NO. 1:22-cv-03093-MKD
    an individual, et al.,
11                                       STATE DEFENDANTS'
                   Plaintiffs,           ANSWER TO
12                                       COMPLAINT FOR
            v.                           INJUNCTIVE AND
13                                       DECLARATORY RELIEF
    ROBERT W. FERGUSON, in his
14  official capacity as Washington
    State Attorney General, et al.,
15
                   Defendants.
16

17          Defendant Robert W. Ferguson, in his official capacity as Washington State

18  Attorney General, and John R. Batiste, in his official capacity as Chief of the

19  Washington State Patrol (State Defendants), answer Plaintiffs' Complaint for

20  Injunctive and Declaratory Relief (Complaint). Except as expressly admitted or

21  qualified, State Defendants deny each and every allegation, statement, or charge

22  contained in the Complaint, and deny that Plaintiffs are entitled to any of the relief

---

STATE DEFENDANTS' ANSWER                 1        ATTORNEY GENERAL OF WASHINGTON
TO COMPLAINT FOR INJUNCTIVE                                Complex Litigation Division
AND DECLARATORY RELIEF                                       7141 Cleanwater Dr. SW
                                                                   PO Box 40111
                                                             Olympia, WA 98504-0111
                                                                  (360) 709-6470

1    requested. State Defendants deny Plaintiffs' characterization of the State's laws and

2    regulations to the extent such characterization is inconsistent with the State's laws

3    and regulations, which speak for themselves. State Defendants further deny that

4    Plaintiffs are entitled to the requested relief set forth in the introductory paragraphs,

5    or any relief. State Defendants answer the numbered paragraphs of Plaintiffs'

6    Complaint as follows:

## I.    INTRODUCTION

8        1.    State Defendants are without knowledge or information sufficient to

9    form a belief as to the truth of the allegations in Paragraph 1 and, therefore, deny

10    the same.

11        2.    State Defendants are without knowledge or information sufficient to

12    form a belief as to the truth of the allegations in the first two sentences of

13    Paragraph 2 and, therefore, deny the same. State Defendants admit that Engrossed

14    Substitute Senate Bill (ESSB) 5078 became effective on July 1, 2022. ESSB 5078

15    speaks for itself. State Defendants are without knowledge or information

16    sufficient to form a belief as to the truth of the alleged financial harm to

17    Plaintiff Gimme Guns and, therefore, deny the same. The remainder of

18    Paragraph 2 contains legal conclusions and argument to which no response is

19    required. To the extent a response is required, State Defendants deny the

20    remainder of Paragraph 2.

21

22

STATE DEFENDANTS' ANSWER         2         ATTORNEY GENERAL OF WASHINGTON
TO COMPLAINT FOR INJUNCTIVE             Complex Litigation Division
AND DECLARATORY RELIEF                  7141 Cleanwater Dr. SW
                                              PO Box 40111
                                  Olympia, WA 98504-0111
                                      (360) 709-6470

1          3.      State Defendants admit that ESSB 5078 became effective on

2    July 1, 2022. ESSB 5078 speaks for itself. The remainder of Paragraph 3 contains

3    legal conclusions and argument to which no response is required. To the extent a

4    response is required, State Defendants deny the remainder of Paragraph 3, and

5    specifically deny that ESSB 5078 "impairs, and/or infringes upon

6    [Plaintiff Brumback's] right to keep and/or bear arms under the US and

7    Washington Constitutions."

8          4.      The case quoted in Paragraph 4 speaks for itself and requires no

9    response. To the extent a response is required, State Defendants admit that the

10   quotation is partially accurate and otherwise deny Paragraph 4.

11         5.      Paragraph 5 contains legal conclusions and argument to which no

12   response is required. To the extent a response is required, Paragraph 5 is denied,

13   and State Defendants specifically deny that "detachable ammunition magazines

14   over 10 rounds" cannot be regulated consistent with the U.S. and

15   Washington Constitutions.

16         6.      Paragraph 6 contains legal conclusions and argument to which no

17   response is required. To the extent a response is required, it is denied.

18         7.      Paragraph 7 contains legal conclusions and argument to which no

19   response is required. To the extent a response is required, Paragraph 7 is denied.

20         8.      The case quoted in Paragraph 8 speaks for itself and requires no

21   response. To the extent a response is required, State Defendants admit that the

22

STATE DEFENDANTS' ANSWER                3              ATTORNEY GENERAL OF WASHINGTON
TO COMPLAINT FOR INJUNCTIVE                                  Complex Litigation Division
                                                              7141 Cleanwater Dr. SW
AND DECLARATORY RELIEF                                             PO Box 40111
                                                             Olympia, WA 98504-0111
                                                                 (360) 709-6470

1    quotation is partially accurate and otherwise deny Paragraph 8.

2        9.    State Defendants deny Paragraph 9.

3        10.    ESSB 5078 and Wash. Rev. Code 9.41 speak for themselves and

4    require no response. To the extent a response is required, State Defendants deny

5    Plaintiffs' characterization of ESSB 5078 and Wash. Rev. Code 9.41 to the extent

6    such characterization is inconsistent with ESSB 5078 and 9.41 Wash. Rev. Code

7    9.41. The remainder of Paragraph 10 contains legal conclusions and argument to

8    which no response is required. To the extent a response is required, Paragraph 10

9    is denied.

10        11.    Paragraph 11, including the footnotes thereto, contains legal

11    conclusions and argument to which no response is required. To the extent a

12    response is required, Paragraph 11 is denied.

13        12.    Paragraph 12 contains legal conclusions and argument to which no

14    response is required, and the cited case speaks for itself. To the extent a response

15    is required, Paragraph 12 is denied, and State Defendants specifically deny that

16    they have or will "violate the constitutionally protected rights of not only

17    Plaintiffs, but of all law-abiding citizens in Washington."

18        13.    Paragraph 13 asserts argument, speculation, and legal conclusions

19    that require no response, and ESSB 5078 speaks for itself. To the extent a

20    response is required, Paragraph 13 is denied.

21        14.    Paragraph 14 asserts argument, speculation, and legal conclusions

22

STATE DEFENDANTS' ANSWER                    4            ATTORNEY GENERAL OF WASHINGTON
TO COMPLAINT FOR INJUNCTIVE                              Complex Litigation Division
                                                        7141 Cleanwater Dr. SW
AND DECLARATORY RELIEF                                   PO Box 40111
                                                        Olympia, WA 98504-0111
                                                        (360) 709-6470

that require no response, and ESSB 5078 speaks for itself. To the extent a response is required, Paragraph 14 is denied. State Defendants specifically deny that ESSB 5078 "prohibits good people from possessing tools necessary to defend themselves (firearms and accessories)."

15.    State Defendants admit that "firearms fitted with magazines over 10 rounds" have been used "to commit crimes and kill innocent people" and otherwise deny Paragraph 15. State Defendants specifically deny that "magazines holding 10 or fewer rounds" are inadequate for self-defense.

16.    The documents cited in Paragraph 16 speak for themselves, and Plaintiffs' characterization of the information in the documents requires no response. To the extent a response is required, Paragraph 16 is denied.

17.    Paragraph 17 is denied. State Defendants specifically deny that ESSB 5078 "is an impairment of a good person's right to bear arms under Article I, Section 24 of the Washington Constitution."

18.    Paragraph 18 asserts argument, speculation, and legal conclusions that require no response. To the extent a response is required, Paragraph 18 is denied.

19.    Paragraph 19 asserts a legal conclusion that requires no response, to the extent a response is required, it is denied.

20.    The case quoted in Paragraph 20 speaks for itself and requires no response. To the extent a response is required, State Defendants admit that the

STATE DEFENDANTS' ANSWER
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    quotation is partially accurate and otherwise deny Paragraph 20.

2        21.    The document cited in Paragraph 21 speaks for itself, and Plaintiffs'

3    characterization of information found in the document requires no response. Any

4    allegations in Paragraph 21 that require a response are denied, and

5    State Defendants specifically deny that earthquake preparedness has any

6    relevance to the claims asserted herein.

7        22.    State Defendants lack knowledge of what Governor Inslee or his

8    staff have been "briefed on," but admit that the earthquake risk associated with

9    the Cascadia Subduction Zone is generally known. State Defendants otherwise

10    deny the allegations in Paragraph 22, and specifically deny that earthquake

11    preparedness has any relevance to the claims asserted herein.

12        23.    Paragraph 23's allegations regarding "widespread criminal

13    rampaging" are speculative and require no response. Any allegations in

14    Paragraph 23 that require a response are denied.

15        24.    State Defendants admit that weapons equipped with "ammunition

16    magazines in excess of 10 rounds" pose a public-safety risk, and otherwise deny

17    Paragraph 24.

18        25.    State Defendants admit that some law enforcement agencies within

19    Washington are in possession of armored vehicles, and otherwise deny

20    Paragraph 25.

21

22

STATE DEFENDANTS' ANSWER
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    26.    State Defendants are without knowledge or information sufficient to

2    form a belief as to the truth of the allegations in Paragraph 26 and, therefore, deny

3    the same.

4    27.    Paragraph 27 asserts argument, speculation, and legal conclusions

5    that require no response. To the extent a response is required, Paragraph 27 is

6    denied.

7    28.    The case law cited in Paragraph 28 speaks for itself and requires no

8    response. To the extent a response is required, State Defendants admit that the

9    judgment in *Duncan v. Bonta*, 19 F.4th 1087 (9th Cir. 2021), was vacated and

10    remanded to the U.S. Court of Appeals for the Ninth Circuit for further

11    consideration in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597

12    U.S. ---- , 142 S. Ct. 2111 (2022).

13    **II.    JURISDICTION AND VENUE**

14    29.    Paragraph 29 asserts legal conclusions that require no response, and

15    that are moot in light of this case's removal to federal court. To the extent a

16    response is required, Paragraph 29 is denied.

17    30.    Paragraph 30 asserts legal conclusions that require no response. To

18    the extent a response is required, it is denied.

19    31.    State Defendants are without knowledge or information sufficient to

20    form a belief as to the truth of the allegations in Paragraph 31 and, therefore, deny

21    the same.

22

STATE DEFENDANTS' ANSWER
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1                                    **III.    PARTIES**

2          32.     State Defendants deny that "Gimme Guns is a licensed Washington

3    state business," because as of the filing of this Answer, this entity does not appear

4    in the Washington Secretary of State's Corporations and Charities Filing System.

5    State Defendants admit that, as of the filing of this Answer, the Bureau of

6    Alcohol, Tobacco, Firearms and Explosives' "FFL eZ Check" system indicates

7    that Federal Firearms License Number 9-91-XXX-XX-XX-05394 is associated

8    with the trade name "Gimme Guns." State Defendants are without knowledge or

9    information sufficient to form a belief as to the truth of the remaining allegations

10   in Paragraph 32 and, therefore, deny the same.

11         33.     State Defendants are without knowledge or information sufficient to

12   form a belief as to the truth of the allegations in Paragraph 33 and, therefore, deny

13   the same.

14         34.     State Defendants admit that the Complaint names Robert W.

15   Ferguson, in his official capacity as Washington State Attorney General, as a

16   Defendant. State Defendants admit that the paragraph accurately quotes a portion

17   of Wash. Rev. Code. § 43.10.030, which speaks for itself with respect to the

18   Attorney General's powers and duties. State Defendants deny all allegations and

19   inferences that are inconsistent with the law and news release cited in this

20   paragraph. To the extent any remaining allegations in Paragraph 34 require a

21   response they are denied.

22

STATE DEFENDANTS' ANSWER          8          ATTORNEY GENERAL OF WASHINGTON
TO COMPLAINT FOR INJUNCTIVE                    Complex Litigation Division
                                              7141 Cleanwater Dr. SW
AND DECLARATORY RELIEF                         PO Box 40111
                                              Olympia, WA 98504-0111
                                              (360) 709-6470

35. State Defendants admit that the Complaint names John R. Batiste, in his official capacity as Chief of the Washington State Patrol, as a Defendant. State Defendants admit that the paragraph accurately quotes a portion of Wash. Rev. Code § 43.43.030, which speaks for itself with respect to the Chief's powers and duties. To the extent any remaining allegations in Paragraph 35 require a response, they are denied.

36. State Defendants admit that the Complaint names Robert Udell, in his official capacity as Sheriff for Yakima County, Washington, as a Defendant. State Defendants admit that the paragraph accurately quotes a portion of Wash. Rev. Code § 36.28.010, which speaks for itself with respect to the general duties of county sheriffs. To the extent any remaining allegations in Paragraph 36 require a response, they are denied.

37. State Defendants admit that the Complaint names Joseph A. Brusic, in his official capacity as County Prosecutor for Yakima County, as a Defendant. State Defendants admit that the paragraph accurately quotes a portion of Wash. Rev. Code § 36.27.020, which speaks for itself with respect to the duties of county prosecuting attorneys. To the extent any remaining allegations in Paragraph 37 require a response, they are denied.

### IV.    FACTS AND LAW

38. State Defendants admit that Governor Jay Inslee signed ESSB 5078 on March 23, 2022, and that Plaintiffs have partially accurately quoted portions

STATE DEFENDANTS' ANSWER
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    of ESSB 5078 and Wash. Rev. Code § 9.41.010(36), which speak for themselves.

2    State Defendants otherwise deny Paragraph 38.

3        39.    State Defendants admit that Paragraph 39 partially accurately quotes

4    portions of Wash. Rev. Code. 9.41.010(36), which speaks for itself. The

5    remainder of Paragraph 39 asserts legal conclusions and argument to which no

6    response is required. To the extent a response is required, the remainder of

7    Paragraph 39 is denied.

8        40.    ESSB 5078 speaks for itself, and State Defendants deny any

9    allegations and characterizations that are inconsistent with ESSB 5078. To the

10    extent any further response is required, Paragraph 40 is denied.

11        41.    ESSB 5078 speaks for itself, and State Defendants deny any

12    allegations and characterizations that are inconsistent with ESSB 5078. To the

13    extent any further response is required, Paragraph 41 is denied.

14        42.    State Defendants admit that ESSB 5078 establishes a gross

15    misdemeanor punishable under Wash. Rev. Code 9A.20. ESSB 5078 and

16    Wash. Rev. Code § 9A.20.021(2) speak for themselves, and State Defendants

17    deny any allegations and characterizations that are inconsistent with ESSB 5078

18    and Wash. Rev. Code § 9A.20.021(2). The remainder of Paragraph 42 asserts

19    argument and legal conclusions that require no response. To the extent a response

20    is required, the remainder of Paragraph 42 is denied.

21

22

STATE DEFENDANTS' ANSWER            10
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

43.     State Defendants admit that ESSB 5078 defines "large capacity magazine" to include an ammunition feeding device with the capacity to accept more than 10 rounds of ammunition. ESSB 5078 speaks for itself, and State Defendants deny any allegations and characterizations that are inconsistent with ESSB 5078. Plaintiffs' subjective characterization and speculation regarding "magazines that hold 15, 20, or 30 rounds of ammunition" require no response. To the extent a response is required, the remainder of Paragraph 43 is denied.

44.     ESSB 5078 speaks for itself, and State Defendants deny any allegations and characterizations that are inconsistent with ESSB 5078. Paragraph 44 also asserts argument and legal conclusions that require no response. To the extent a response is required, Paragraph 44 is denied. State Defendants specifically deny that ESSB 5078 "expresses no concern whatsoever for the safety and welfare" of Washingtonians.

45.     The document cited in Paragraph 45 speaks for itself, and Plaintiffs' characterizations of the information in the document require no response. To the extent a response is required, Paragraph 45 is denied.

46.     ESSB 5078 speaks for itself, and State Defendants deny any allegations and characterizations that are inconsistent with ESSB 5078. The news release and video cited in Paragraph 46 also speak for themselves, and State Defendants deny any allegations and characterizations of the news release

STATE DEFENDANTS' ANSWER
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

11

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    and video that are inconsistent with the news release and video. To the extent any

2    further response is required, Paragraph 46 is denied.

3         47.    ESSB 5078 speaks for itself, and State Defendants deny any

4    allegations and characterizations of ESSB 5078 that are inconsistent with

5    ESSB 5078. State Defendants are without knowledge or information sufficient to

6    form a belief as to the truth of the remaining allegations in Paragraph 47 and,

7    therefore, deny the same.

8         48.    State Defendants are without knowledge or information sufficient to

9    form a belief as to the truth of the allegations in Paragraph 48 and, therefore, deny

10   the same.

11        49.    The document quoted in Paragraph 49 speaks for itself and requires

12   no response. To the extent a response is required, Paragraph 49 is denied.

13        50.    The document quoted in Paragraph 50 speaks for itself and requires

14   no response. The remainder of Paragraph 50 asserts argument and legal

15   conclusions that require no response. To the extent a response is required,

16   Paragraph 50 is denied.

17        51.    Paragraph 51 asserts argument and legal conclusions that require no

18   response. To the extent a response is required, the first two sentences of

19   Paragraph 51 are too broad and vague to respond to meaningfully, and the third

20   sentence is grammatically incoherent, and Paragraph 51 is therefore denied.

21

22

STATE DEFENDANTS' ANSWER          12          ATTORNEY GENERAL OF WASHINGTON
TO COMPLAINT FOR INJUNCTIVE                   Complex Litigation Division
AND DECLARATORY RELIEF                        7141 Cleanwater Dr. SW
                                              PO Box 40111
                                              Olympia, WA 98504-0111
                                              (360) 709-6470

1        52.    The Preamble of the Washington Constitution speaks for itself and

2    requires no response. To the extent a response is required, State Defendants admit

3    that the quotation is partially accurate, and otherwise deny Paragraph 52.

4        53.    Paragraph 53 asserts argument, religious views, and legal

5    conclusions that require no response. To the extent a response is required,

6    Paragraph 53 is denied.

7        54.    The Washington State Constitution speaks for itself and requires no

8    response. To the extent a response is required, State Defendants admit that Article

9    I, Section 29 of the Washington Constitution is accurately quoted. The remainder

10    of Paragraph 54 asserts argument and legal conclusion that requires no response.

11    To the extent a response is required, the remainder of Paragraph 54 is denied.

12        55.    Paragraph 55 is denied.

13        56.    State Defendants admit that Attorney General Ferguson, in his

14    official capacity on behalf of the State of Washington, joined sixteen other states

15    and the District of Columbia in submitting an amicus curiae brief to the

16    U.S. Court of Appeals for the Ninth Circuit in the case of *Duncan v. Bonta*.

17    State Defendants deny any remaining allegations in Paragraph 56.

18        57.    Paragraph 57 asserts argument and legal conclusions that require no

19    response. To the extent a response is required, Paragraph 57 is denied.

20        58.    State Defendants admit that Attorney General Ferguson took an oath

21    of office as provided in Wash. Rev. Code § 43.01.020—an oath he has proudly

22

STATE DEFENDANTS' ANSWER                    13                    ATTORNEY GENERAL OF WASHINGTON
TO COMPLAINT FOR INJUNCTIVE                                      Complex Litigation Division
                                                                7141 Cleanwater Dr. SW
AND DECLARATORY RELIEF                                           PO Box 40111
                                                                Olympia, WA 98504-0111
                                                                (360) 709-6470

1   fulfilled and will continue to fulfill. State Defendants deny any remaining

2   allegations in Paragraph 58.

3        59.    Paragraph 59 asserts argument and legal conclusions that require no

4   response. To the extent a response is required, Paragraph 59 is denied.

5   State Defendants specifically deny any impropriety in connection with the

6   Attorney General's exercise of official powers and duties.

7        60.    State Defendants admit that Attorney General Ferguson held a press

8   conference on September 7, 2016, and announced that he would submit agency

9   request legislation in the 2017 state legislative session to ban assault weapons

10  and high-capacity magazines. The news release cited in Paragraph 60 speaks for

11  itself and requires no response, and State Defendants deny any allegations and

12  characterizations of the news release that are inconsistent with the news release.

13  State Defendants deny any remaining allegations in Paragraph 60.

14       61.    The news release cited in Paragraph 61 speaks for itself, and

15  State Defendants deny all inferences, allegations, and characterizations of the

16  news release and embedded video that are inconsistent with the news release and

17  embedded video. State Defendants deny any remaining allegations in

18  Paragraph 61, and specifically deny any impropriety in connection with the

19  Attorney General's exercise of official powers and duties.

20       62.    The video cited in Paragraph 62 speaks for itself, and

21  State Defendants deny all allegations and characterizations of the video that are

22

STATE DEFENDANTS' ANSWER                    14        ATTORNEY GENERAL OF WASHINGTON
TO COMPLAINT FOR INJUNCTIVE                                   Complex Litigation Division
                                                               7141 Cleanwater Dr. SW
AND DECLARATORY RELIEF                                              PO Box 40111
                                                              Olympia, WA 98504-0111
                                                                  (360) 709-6470

1   inconsistent with the video. State Defendants deny the remaining allegations in

2   Paragraph 62, and specifically deny any impropriety in connection with the

3   Attorney General's exercise of official powers and duties.

4       63.    The news article cited in Paragraph 63 speaks for itself, and

5   State Defendants deny all allegations and characterizations of the news article

6   that are inconsistent with the news article. State Defendants deny any remaining

7   allegations in Paragraph 63, and specifically deny any impropriety in connection

8   with the Attorney General's exercise of official powers and duties.

9       64.    Paragraph 64 asserts argument and legal conclusions that require no

10  response. To the extent a response is required, Paragraph 64 is denied, and

11  State Defendants specifically deny any violation of the separation of powers and

12  specifically deny any impropriety in connection with the Attorney General's

13  exercise of official powers and duties.

14      65.    Paragraph 65 asserts argument and legal conclusions that require no

15  response. To the extent a response is required, Paragraph 65 is denied.

16      66.    The news article cited in Paragraph 66 speaks for itself, and

17  State Defendants deny any allegations and characterizations of the news article

18  that are inconsistent with the news article. State Defendants deny any remaining

19  allegations in Paragraph 66.

20      67.    The news release cited in Paragraph 67 speaks for itself, and

21  State Defendants deny any allegations and characterizations of the news release

22

STATE DEFENDANTS' ANSWER      15      ATTORNEY GENERAL OF WASHINGTON
TO COMPLAINT FOR INJUNCTIVE            Complex Litigation Division
AND DECLARATORY RELIEF                   7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1   that are inconsistent with the news release. The remainder of Paragraph 67 asserts

2   argument and legal conclusions that require no response. To the extent a response

3   is required, Paragraph 67 is denied, and State Defendants specifically deny any

4   impropriety in connection with the Attorney General's exercise of official powers

5   and duties.

6       68.    Paragraph 68 is denied. State Defendants specifically deny any

7   impropriety in connection with the Attorney General's exercise of official powers

8   and duties.

9       69.    Paragraph 69 is repetitive and requires no further response. To the

10  extent a response is required, Paragraph 69 is denied.

11      70.    State Defendants admit that in 2021, for the fifth session,

12  Attorney General Ferguson requested a bill to repeal Washington's death penalty.

13  The press release cited in Paragraph 70 speaks for itself, and State Defendants

14  deny all allegations and characterizations of the press release that are inconsistent

15  with the press release. State Defendants deny the remaining allegations in

16  Paragraph 70, and specifically deny any impropriety in connection with the

17  Attorney General's exercise of official powers and duties.

18      71.    The case cited in Paragraph 71 speaks for itself and requires no

19  response. To the extent a response is required, State Defendants admit that the

20  quotation from the dissenting opinion is partially accurate.

21

22

STATE DEFENDANTS' ANSWER                16
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

72.    Paragraph 72 asserts argument and legal conclusions that require no response. To the extent a response is required, Paragraph 72 is denied. State Defendants specifically deny that "[Attorney General] Ferguson and his allies seek to bypass the lawful constitution-based process to amend and change our constitutionally-protected right to bear arms."

73.    Paragraph 73, which repeats meritless allegations made in support of a recall petition that was rejected as "legally and factually insufficient" in 2020, is denied. State Defendants specifically deny any impropriety in connection with the Attorney General's exercise of official powers and duties.

74.    State Defendants admit that ESSB 5078 was agency request legislation by the Attorney General, and that Attorney General Ferguson initially submitted agency request legislation related to large capacity magazines in 2016. State Defendants deny the remainder of Paragraph 74, which repeats meritless allegations made in support of a recall petition that was rejected as "legally and factually insufficient" in 2020. State Defendants specifically deny any impropriety in connection with the Attorney General's exercise of official powers and duties.

75.    The news article cited in Paragraph 75 speaks for itself, and State Defendants deny all allegations and characterizations of the news article that are inconsistent with the news article. State Defendants deny the remainder of Paragraph 75, which repeats meritless allegations made in support of a recall

STATE DEFENDANTS' ANSWER                    17          ATTORNEY GENERAL OF WASHINGTON
TO COMPLAINT FOR INJUNCTIVE                             Complex Litigation Division
AND DECLARATORY RELIEF                                  7141 Cleanwater Dr. SW
                                                        PO Box 40111
                                                        Olympia, WA 98504-0111
                                                        (360) 709-6470

petition that was rejected as "legally and factually insufficient" in 2020. State Defendants specifically deny any impropriety in connection with the Attorney General's exercise of official powers and duties.

76.    Wash. Rev. Code § 42.52.020 speaks for itself and requires no response. To the extent a response is required, State Defendants admit that it is accurately quoted. State Defendants deny any remaining allegations in Paragraph 76, and specifically deny any impropriety in connection with the Attorney General's exercise of official powers and duties.

77.    State Defendants admit that Attorney General Ferguson is a state officer. Paragraph 77 otherwise asserts argument and legal conclusions that require no response. To the extent a response is required, Paragraph 77, which repeats meritless allegations made in support of a recall petition that was rejected as "legally and factually insufficient" in 2020, is denied. State Defendants specifically deny any impropriety in connection with the Attorney General's exercise of official powers and duties, and specifically deny that Attorney General Ferguson "wasn't supposed to" publicly support a voter initiative.

78.    Paragraph 78 asserts argument and legal conclusions that require no response. To the extent a response is required, Paragraph 78 is denied, and State Defendants specifically deny any impropriety in connection with the Attorney General's exercise of official powers and duties.

STATE DEFENDANTS' ANSWER
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

18

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

79.    The news article cited in Paragraph 79 speaks for itself, and State Defendants deny all allegations and characterizations of the news article that are inconsistent with the news article. State Defendants admit that Attorney General Ferguson spoke at an I-1639 election-night event, and deny the remainder of Paragraph 79, and specifically deny any impropriety in connection with the Attorney General's exercise of official powers and duties.

80.    State Defendants are unable to ascertain the authenticity of the embedded image, and therefore deny the same, and deny any remaining allegations in Paragraph 80.

81.    Paragraph 81 is denied.

82.    Paragraph 82 is too vague and argumentative to respond to meaningfully. To the extent a response is required, Paragraph 82 is denied. State Defendants specifically deny any impropriety in connection with the Attorney General's exercise of official powers and duties.

83.    The news release cited in Paragraph 83 speaks for itself, and State Defendants deny all allegations and characterizations of the news release that are inconsistent with the news release. State Defendants deny any remaining allegations in Paragraph 83.

84.    State Defendants admit that ESSB 5078 was agency request legislation submitted by the Attorney General, and otherwise deny Paragraph 84. State Defendants specifically deny any impropriety in connection with the

STATE DEFENDANTS' ANSWER
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

19

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1   Attorney General's exercise of official powers and duties.

2        85.   State Defendants admit that Governor Inslee signed ESSB 5078 on

3   March 23, 2022, and that the law went into effect on July 1, 2022. The remainder

4   of Paragraph 85 asserts argument and legal conclusions that require no response,

5   as ESSB 5078 speaks for itself. To the extent a response is required, the

6   remainder of Paragraph 85 is denied, and State Defendants specifically deny any

7   violation of the Attorney General's oath of office.

8        86.   Paragraph 86 is denied. State Defendants specifically deny any

9   impropriety in connection with the Attorney General's exercise of official powers

10   and duties.

11        87.   The case quoted in Paragraph 87 speaks for itself and requires no

12   response. To the extent a response is required, State Defendants admit that the

13   quotation is partially accurate, and otherwise deny Paragraph 87.

14        88.   Paragraph 88 is denied. State Defendants specifically deny any

15   violation of the separation of powers and specifically deny any impropriety in

16   connection with the Attorney General's exercise of official powers and duties.

17        89.   The document quoted in Paragraph 89 speaks for itself and asserts

18   legal conclusions that require no response.

19        90.   Paragraph 90 is denied. State Defendants specifically deny any

20   violation of the separation of powers and specifically deny any impropriety in

21   connection with the Attorney General's exercise of official powers and duties.

22

STATE DEFENDANTS' ANSWER
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

20

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

91.     State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny the same.

92.     State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations within the first sentence of Paragraph 92, and, therefore, deny the same. The remainder of Paragraph 92 asserts argument and legal conclusions that require no response, as ESSB 5078 speaks for itself. To the extent a response is required, the remainder of Paragraph 92 is denied.

93.     State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny the same.

94.     State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny the same.

95.     State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny the same.

96.     State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation that Plaintiff Gimme Guns "consistently stocks and sells" high capacity magazines, and, therefore, denies the same. The remainder of Paragraph 96 asserts argument and legal conclusions that require no response, as ESSB 5078 speaks for itself. To the extent a response is required, the remainder of Paragraph 96 is denied.

STATE DEFENDANTS' ANSWER
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

21

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1                           **V.    COUNT ONE**

2          97.    The case quoted in Paragraph 97 speaks for itself and requires no

3   response. To the extent a response is required, State Defendants admit that the

4   case is partially accurately quoted, and otherwise deny Paragraph 97.

5          98.    The United States Constitution and the cases quoted in Paragraph 98

6   speak for themselves and require no response. To the extent a response is

7   required, State Defendants admit that the Second Amendment to the

8   United States Constitution is accurately quoted, and otherwise deny

9   Paragraph 98.

10         99.    The Washington State Constitution speaks for itself and requires no

11  response. To the extent a response is required, State Defendants admit that a

12  portion of Article I, Section 24 of the Washington Constitution is accurately

13  quoted. The remainder of Paragraph 99 asserts argument and legal conclusions

14  that require no response. To the extent a response is required, the remainder of

15  Paragraph 99 is denied.

16         100.   The quoted portion of the Fifth Edition of *Black's Law Dictionary*,

17  speaks for itself and requires no response.

18         101.   The case cited in Paragraph 101 speaks for itself and requires no

19  response. To the extent a response is required, State Defendants admit that the

20  cited case is partially accurately quoted. State Defendants otherwise deny

21  Paragraph 101.

22

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

102.   Paragraph 102 asserts argument and legal conclusions that require no response. To the extent a response is required, Paragraph 102 is denied.

103.   Paragraph 103 asserts argument and legal conclusions that require no response, as ESSB 5078 speaks for itself. State Defendants deny that ESSB 5078 regulates the ability to "possess, own or use" large capacity magazines. To the extent a further response is required, Paragraph 103 is denied.

104.   Paragraph 104 asserts argument and legal conclusions that require no response. To the extent a response is required, Paragraph 104 is denied.

105.   The case cited in Paragraph 105 speaks for itself and requires no response. To the extent a response is required, State Defendants admit that a portion of the cited case is accurately quoted. State Defendants deny the remainder of Paragraph 105.

106.   Paragraph 106 asserts argument and legal conclusions that require no response. To the extent a response is required, Paragraph 106 is denied.

107.   Paragraph 107 is denied.

## VI.    COUNT TWO

108.   Paragraph 108 requires no response.

109.   The first sentence of Paragraph 109 asserts argument and legal conclusions that require no response, as ESSB 5078 speaks for itself. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of Paragraph 109 and,

STATE DEFENDANTS' ANSWER
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

23

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    therefore, deny the same. To the extent a further response is required, Paragraph

2    109 is denied.

3         110.    Paragraph 110 is denied.

4         111.    Paragraph 111 is denied.

5    ## VII.   PRAYER FOR RELIEF

6         This section of the Complaint assert Plaintiffs' requests for relief, to which

7    no response is required. To the extent a response is required, State Defendants

8    deny Plaintiffs are entitled to the relief requested, or any relief.

9    ## VIII.  AFFIRMATIVE DEFENSES

10        State Defendants' affirmative defenses to the Complaint are set forth

11   below. By setting forth the following allegations and defenses, State Defendants

12   do not assume the burden of proof on any matter or issue other than those on

13   which they have the burden of proof as a matter of law.

14        1.    Officials sued in their official capacity acting on behalf of the State

15   are immune from suit.

16        2.    This Court lacks subject matter jurisdiction.

17        3.    Plaintiffs lack standing to sue either individually or on behalf of

18   others.

19        4.    Plaintiffs' claims are not ripe.

20        5.    Plaintiffs have failed to state a claim upon which relief can be

21   granted.

22

STATE DEFENDANTS' ANSWER
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

24

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    State Defendants reserve the right to assert additional defenses and

2    affirmative defenses as established by the facts of this case. State Defendants also

3    adopt and incorporate by reference any and all other defenses asserted by any

4    other defendant in this matter to the extent the Defendants may share in such

5    defense.

6    WHEREFORE, having fully answered Plaintiffs' Complaint and having

7    asserted defenses and affirmative defenses, State Defendants respectfully request

8    that Plaintiffs' requested relief be denied, that Plaintiffs' Complaint be dismissed

9    with prejudice, that State Defendants be awarded costs and reasonable attorney

10    fees as may be provided by statute or other law, and that the Court award such

11    other relief as the Court deems just and equitable.

12    DATED this 8th day of July 2022.

13                                              ROBERT W. FERGUSON
                                               Attorney General
14
                                               *s/ R. July Simpson*
15                                             R. JULY SIMPSON, WSBA #45869
                                               WILLIAM MCGINTY, WSBA #41868
16                                             ANDREW HUGHES, WSBA #49515
                                               BRIAN HUNT ROWE, WSBA #56817
17                                             Assistant Attorneys General
                                               JEFFREY T. EVEN, WSBA #20367
18                                             Deputy Solicitor General
                                               KRISTIN BENESKI, WSBA #45478
19                                             First Assistant Attorney General
                                               July.Simpson@atg.wa.gov
20                                             William.McGinty@atg.wa.gov
                                               Andrew.Hughes@atg.wa.gov
21

22

STATE DEFENDANTS' ANSWER                    25              ATTORNEY GENERAL OF WASHINGTON
TO COMPLAINT FOR INJUNCTIVE                                    Complex Litigation Division
AND DECLARATORY RELIEF                                           7141 Cleanwater Dr. SW
                                                                     PO Box 40111
                                                                 Olympia, WA 98504-0111
                                                                    (360) 709-6470

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Brian.Rowe@atg.wa.gov
Jeffrey.Even@atg.wa.gov
Kristin.Beneski@atg.wa.gov
*Attorneys for State Defendants*
*Robert W. Ferguson and John R. Batiste*

STATE DEFENDANTS' ANSWER
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

26

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1

**PROOF OF SERVICE**

2       I hereby certify that I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF System, which in turn automatically generated a

4  Notice of Electronic Filing (NEF) to all parties in the case who are registered

5  users of the CM/ECF system. The NEF for the foregoing specifically identifies

6  recipients of electronic notice. I have mailed by Federal Express Overnight

7  Delivery the document to the following non-CM/ECF participants:

8
        Simon Peter Serrano
        Silent Majority Foundation
9       5238 Outlet Drive
        Pasco, WA 99301
10      pete@silentmajorityfoundation.org
        *Counsel for Plaintiffs*
11
        I declare under penalty of perjury under the laws of the United States of
12
America that the foregoing is true and correct.
13
        DATED this 8th day of July 2022 at Tacoma, Washington.
14

15                                  *s/ R. July Simpson*
                                    R. JULY SIMPSON, WSBA #45869
16                                  Assistant Attorney General

17

18

19

20

21

22

STATE DEFENDANTS' ANSWER                  27
TO COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470