Zachary J. Pekelis, WSBA #44557
Kai A. Smith, WSBA #54749
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101
206-245-1700
*Attorneys for Intervenor-Defendant*
*Alliance for Gun Responsibility*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

MICHAEL SCOTT BRUMBACK, an individual; and GIMME GUNS, a sole proprietorship,

                Plaintiffs,

v.

ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; ROBERT UDELL, in his official capacity as Sheriff for Yakima County, Washington; and JOSEPH A. BRUSIC, in his official capacity as County Prosecutor for Yakima County,

                Defendants.

No. 1:22-cv-03093-MKD

ALLIANCE FOR GUN RESPONSIBILITY'S ANSWER TO PLAINTIFFS' COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 1
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Intervenor-Defendant Alliance for Gun Responsibility (the "Alliance") answers the Complaint for Injunctive and Declaratory Relief (the "Complaint") of Plaintiffs Michael Scott Brumback and Gimme Guns ("Plaintiffs") as follows:

The three unnumbered paragraphs at the outset of the Complaint contain characterizations of this action and legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

## I.    INTRODUCTION

1.    The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 1, which shall have the effect of a denial.

2.    Paragraph 2 contains legal conclusions and argument to which no response is required. To the extent a response is required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 2, which shall have the effect of a denial.

3.     Paragraph 3 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 2
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

4.      Paragraph 4 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

5.      The websites cited in Paragraph 5 speak for themselves. The Alliance denies all allegations, inferences, and characterizations in Paragraph 5 inconsistent with the cited websites. Paragraph 5 also consists of legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 5, which shall have the effect of a denial.

6.      Paragraph 6 consists of characterizations of this action or legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

7.      Paragraph 7 consists of characterizations of this action or legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

8.      Paragraph 8 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 3
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

9.  Paragraph 9 contains legal conclusions and argument to which no response is required. To the extent a response is required, the Alliance denies the same. The Alliance specifically denies the assertion that there is not a historical tradition of firearm regulation that supports the firearm limits set forth in Engrossed Substitute Senate Bill 5078 ("ESSB 5078").

10.  Paragraph 10 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

11.  The Alliance admits that ESSB 5078 was signed by Governor Jay Inslee and took effect July 1, 2022. The Alliance denies the remainder of Paragraph 11.

12.  Paragraph 12 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

13.  Paragraph 13 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same. The Alliance specifically denies the assertion in Paragraph 13 that "ESSB 5078 will not stop or slow mass shootings."

14.  The Alliance denies the first sentence of Paragraph 14. The remainder of Paragraph 14 consists of descriptive characterizations, legal conclusions, or

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 4
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

15.    The Alliance admits that criminals use large-capacity magazines ("LCMs") to commit crimes and kill innocent people. The Alliance denies the second and third sentences of Paragraph 15. The remainder of Paragraph 15 consists of descriptive characterizations, legal conclusions, or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

16.    The websites cited in Paragraph 16 speak for themselves. The Alliance denies all allegations, inferences, and characterizations in Paragraph 16 inconsistent with the cited websites. The Alliance specifically denies Paragraph 16's assertion or suggestion that LCMs, whether used with rifles or other types of firearms, are not commonly used in killings and other violent crimes in the United States.

17.    Denied.

18.    Paragraph 18 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 5
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

19.    Paragraph 19 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

20.    Paragraph 20 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

21.    The website cited in Paragraph 21 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 21 inconsistent with the cited website. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 21, which shall have the effect of a denial.

22.    The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 22, which shall have the effect of a denial.

23.    The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 23, which shall have the effect of a denial.

24.    The Alliance admits that semiautomatic weapons, military style weapons, and LCMs are used to commit crime in Washington. The Alliance lacks

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 6
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 24, which shall have the effect of a denial.

25. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 25, which shall have the effect of a denial.

26. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 26, which shall have the effect of a denial.

27. Paragraph 27 contains subjective characterizations and hypothetical opinion to which no response is required. To the extent a response is required, the Alliance denies the same. The Alliance specifically denies Paragraph 27's assertion that ESSB 5078 would put law-abiding citizens at greater risk in the scenario described in Paragraph 27. The remainder of Paragraph 77 consists of legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

28. Paragraph 28 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 7
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## II.    JURISDICTION AND VENUE

29.    The Alliance admits that venue is proper in this Court. The remainder of Paragraph 29 consists of characterizations of this action or legal conclusions or argument to which no response is required.

30.    The Alliance admits that ESSB 5078 was signed by Governor Jay Inslee on March 23, 2022, and took effect on July 1, 2022. The remainder of Paragraph 30 consists of legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

31.    The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 31, which shall have the effect of a denial.

## III.    PARTIES

32.    The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 32, which shall have the effect of a denial.

33.    The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 33, which shall have the effect of a denial.

34.    The first sentence of Paragraph 34 consists of characterizations of this action to which no response is required. To the extent a response is required, the

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 8
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Alliance denies the same. The second sentence of Paragraph 34 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same. The third sentence of Paragraph 34 cites a website, which speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 34 inconsistent with the cited website.

35.    The first sentence of Paragraph 35 consists of characterizations of this action to which no response is required. To the extent a response is required, the Alliance denies the same. The second sentence of Paragraph 35 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

36.    The first sentence of Paragraph 36 consists of characterizations of this action to which no response is required. To the extent a response is required, the Alliance denies the same. The second sentence of Paragraph 36 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

37.    The first sentence of Paragraph 37 consists of characterizations of this action to which no response is required. To the extent a response is required, the Alliance denies the same. The second sentence of Paragraph 37 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 9
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## IV.    FACTS AND LAW

38.    The Alliance admits that Governor Jay Inslee signed ESSB 5078 into law on March 23, 2022. The remaining allegations in Paragraph 38 relate to cited bill and statutory provisions, which speak for themselves. The Alliance denies all allegations and characterizations in Paragraph 38 inconsistent with the cited provisions.

39.    Paragraph 39 contains allegations related to statutory provisions, which speak for themselves. The Alliance denies all allegations and characterizations in Paragraph 39 inconsistent with the cited provisions. The remainder of Paragraph 39 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

40.    Paragraph 40 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

41.    Paragraph 41 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 10
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

42.     The bill and statutory provisions cited in Paragraph 42 speak for themselves. The Alliance denies all allegations and characterizations in Paragraph 42 inconsistent with the cited provisions.

43.     Paragraph 43 contains allegations related to statutory provisions, which speak for themselves. The remaining allegations in Paragraph 43 are subjective characterizations and do not require a response by way of factual pleading, but to the extent a response is required, the Alliance denies the same. The Alliance specifically denies that the term "large-capacity magazine" is inaccurate or misleading.

44.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in the first sentence of Paragraph 44, which shall have the effect of a denial.  The remaining allegations in Paragraph 44 relate to bill provisions, which speak for themselves, or are subjective characterizations that do not require a response by way of factual pleading, but to the extent a response is required, the Alliance denies the same.

45.     The publication cited in Paragraph 45 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 45 inconsistent with the cited publication. To the extent Paragraph 45 alleges facts as to the veracity of the publication's findings or conclusions, or as to any inferences

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 11
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

drawn therefrom, the Alliance lacks sufficient knowledge or information to form a belief as to their truth, which shall have the effect of a denial.

46.    The website cited in Paragraph 46 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 46 inconsistent with the cited website. Paragraph 46 also consists of legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 46, which shall have the effect of a denial.

47.    Paragraph 47 contains legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 47, which shall have the effect of a denial.

48.    Paragraph 48 contains legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 48, which shall have the effect of a denial.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 12
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

49.     The law review article cited in Paragraph 49 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 49 inconsistent with the cited publication.

50.     The law review article cited in Paragraph 50 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 50 inconsistent with the cited publication. The remaining allegations in Paragraph 50 consist of legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

51.     Paragraph 51 contains subjective characterizations that do not require a response by way of factual pleading. To the extent a response is required, the Alliance denies the same. Paragraph 51 also contains legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

52.     Paragraph 52 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

53.     Paragraph 53 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 13
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

54.    Paragraph 54 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

55.    Paragraph 55 consists of subjective characterizations and does not require a response by way of factual pleading, but to the extent a response is required, the Alliance denies the same.

56.    The Alliance admits that Washington State participated as an amicus curiae in *Duncan v. Bonta* while it was on appeal in the U.S. Court of Appeals for the Ninth Circuit. The remainder of Paragraph 56 consists of legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

57.    Paragraph 57 contains legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

58.    The statutory provision cited in Paragraph 58 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 58 inconsistent with the cited provision. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 58, which shall have the effect of a denial.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 14
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

59.     The Alliance admits that Attorney General Robert Ferguson supported passage of ESSB 5078 and Initiative Measure No. 1639. The remainder of Paragraph 59 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

60.     The website cited in Paragraph 60 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 60 inconsistent with the cited website. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 60, which shall have the effect of a denial.

61.     The website cited in Paragraph 61 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 61 inconsistent with the cited website. Paragraph 61 also consists of legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 61, which shall have the effect of a denial.

62.     The website cited in Paragraph 62 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 62 inconsistent with the cited website. Paragraph 62 also contains legal conclusions or argument to which no response is required, but to the extent a response is required,

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 15
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 62, which shall have the effect of a denial.

63.     The Alliance admits that Attorney General Ferguson supported passage of I-1639. The websites cited in Paragraph 63 speak for themselves. The Alliance denies all allegations, inferences, and characterizations in Paragraph 63 inconsistent with the cited websites. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 63, which shall have the effect of a denial.

64.     Paragraph 64 contains subjective characterizations to which no response is required. To the extent a response is required, the Alliance denies the same. The remainder of Paragraph 64 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

65.     Paragraph 65 contains subjective characterizations to which no response is required. To the extent a response is required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 65, which shall have the effect of a denial.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 16
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

66.     The website cited in Paragraph 66 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 66 inconsistent with the cited website. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 66, which shall have the effect of a denial.

67.     The website cited in Paragraph 67 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 67 inconsistent with the cited website. The remainder of Paragraph 67 consists of subjective characterizations to which no response is required, but to the extent a response is required, the Alliance denies the same.

68.     Paragraph 68 contains subjective characterizations to which no response is required. To the extent a response is required, the Alliance denies the same.

69.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 69, which shall have the effect of a denial.

70.     The website cited in Paragraph 70 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 70 inconsistent with the cited website. The remainder of Paragraph 70 consists of

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 17
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

subjective characterizations to which no response is required, but to the extent a response is required, the Alliance denies the same.

71.    Paragraph 71 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

72.    Paragraph 72 contains subjective characterizations to which no response is required, but to the extent a response is required, the Alliance denies the same. The remainder of Paragraph 72 consists of legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

73.    The Alliance admits that Attorney General Ferguson recused himself from any role in formulating the ballot title and summary for I-1639. The remainder of Paragraph 73 contains subjective characterizations or legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

74.    The Alliance admits that Attorney General Ferguson recused himself from any role in formulating the ballot title and summary for I-1639. The remainder of Paragraph 74 contains subjective characterizations or legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 18
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

75.     The website cited in Paragraph 75 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 75 inconsistent with the cited website. The Alliance admits that Attorney General Ferguson recused himself from any role in formulating the ballot title and summary for I-1639. The remainder of Paragraph 75 consists of subjective characterizations to which no response is required, but to the extent a response is required, the Alliance denies the same.

76.     The statutory provision cited in Paragraph 76 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 76 inconsistent with the cited provision.

77.     The Alliance admits that Attorney General Ferguson supported passage of I-1639. The remainder of Paragraph 77 consists of subjective characterizations or legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

78.     Paragraph 78 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

79.     The Alliance admits that Attorney General Ferguson supported passage of I-1639 and spoke at the election night victory party for the measure. The website cited in Paragraph 79 speaks for itself. The Alliance denies all

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 19
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

allegations, inferences, and characterizations in Paragraph 79 inconsistent with the cited website. The remainder of Paragraph 79 consists of subjective characterizations or legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

80.    The Alliance admits that Attorney General Ferguson supported passage of I-1639 and spoke at the election night victory party for the measure. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations or authenticity of the photograph in Paragraph 80, which shall have the effect of a denial.

81.    Paragraph 81 consists of subjective characterizations to which no response is required, but to the extent a response is required, the Alliance denies the same.

82.    Paragraph 82 consists of subjective characterizations to which no response is required, but to the extent a response is required, the Alliance denies the same.

83.    The website cited in Paragraph 83 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 83 inconsistent with the cited website. The remainder of Paragraph 83 consists of legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 20
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

84. The Alliance admits that Attorney General Ferguson supported passage of ESSB 5078, which was signed into law by Governor Inslee. The remainder of Paragraph 84 consists of subjective characterizations or legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

85. The Alliance admits that Attorney General Ferguson supported passage of ESSB 5078, which was signed into law by Governor Inslee on March 23, 2022. The remainder of Paragraph 85 consists of legal conclusions or argument to which no response is required, but to the extent a response is required, the Alliance denies the same.

86. Paragraph 86 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

87. Paragraph 87 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

88. Paragraph 88 contains subjective characterizations to which no response is required. To the extent a response is required, the Alliance denies the same. The remainder of Paragraph 88 consists of legal conclusions or argument to

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 21
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

which no response is required, but to the extent a response is required, the Alliance denies the same.

89.    The website cited in Paragraph 89 speaks for itself. The Alliance denies all allegations, inferences, and characterizations in Paragraph 89 inconsistent with the cited website.

90.    Paragraph 90 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

91.    Paragraph 91 contains legal conclusions and argument to which no response is required. To the extent a response is required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 91, which shall have the effect of a denial.

92.    The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in the first sentence of Paragraph 92, which shall have the effect of a denial. The remainder of Paragraph 92 consists of legal conclusions and argument to which no response is required. To the extent a response is required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 22
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

93.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 93, which shall have the effect of a denial.

94.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 94, which shall have the effect of a denial.

95.     The Alliance lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 95, which shall have the effect of a denial.

96.     Paragraph 96 contains legal conclusions and argument to which no response is required. To the extent a response is required, the Alliance denies the same. The Alliance lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 96, which shall have the effect of a denial.

## V.     COUNT ONE

97.     Paragraph 97 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 23
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

98.    Paragraph 98 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

99.    Paragraph 99 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

100.    Paragraph 100 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

101.    Paragraph 101 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

102.    Paragraph 102 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

103.    Paragraph 103 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 24
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

104.    Paragraph 104 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

105.    Paragraph 105 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

106.    The Alliance admits that bullets are loaded into firearms, and that firearm magazines, including detachable magazines, can be used to load bullets into firearms. The remaining allegations in Paragraph 106 are subjective characterizations that do not require a response by way of factual pleading, but to the extent a response is required, the Alliance denies the same.

107.    Paragraph 107 consists of legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

## VI.   COUNT TWO

108.    The Alliance incorporates its responses as set forth above.

109.    The first sentence of Paragraph 109 contains legal conclusions and argument to which no response is required. To the extent a response is required, the Alliance denies the same. The Alliance lacks sufficient knowledge or

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 25
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

information to form a belief about the truth of the remaining allegations in Paragraph 109, which shall have the effect of a denial.

110.    The allegations in Paragraph 110 constitute legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

111.    The allegations in Paragraph 111 constitute legal conclusions or argument to which no response is required. To the extent a response is required, the Alliance denies the same.

## VII.    PRAYER FOR RELIEF

The Prayer for Relief portion of the Complaint makes no allegation to which an answer is required. To the extent a response is required, the Alliance denies that Plaintiffs are entitled to the requested relief or any other relief.

## OMNIBUS DENIAL

Unless otherwise specifically admitted above, the Alliance denies each and every remaining allegation in the Complaint.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Alliance asserts the following defenses:

1.    Plaintiffs fail to state a claim upon which relief can be granted.

The Alliance incorporates by reference and adopts as its own any defense asserted by any other Defendant, and reserves the right to amend this Answer to

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 26
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

assert additional defenses and affirmative defenses as additional facts are obtained through investigation and discovery.

## ALLIANCE'S PRAYER FOR RELIEF

WHEREFORE, having fully answered the Complaint and having asserted defenses and affirmative defenses, the Alliance respectfully requests the following relief:

1.    That the Complaint be dismissed with prejudice and that no relief be granted to Plaintiffs;

2.    That the Court enter final judgment in the Alliance's favor;

3.    That the Court award the Alliance its reasonable expenses, costs, and attorney fees incurred in defending this action as authorized by law or equity; and

4.    All other relief as the Court deems just and equitable.

DATED this 11th day of October, 2022.

PACIFICA LAW GROUP LLP


_s/ Kai A. Smith_____
Zachary J. Pekelis, WSBA #44557
Kai A. Smith, WSBA #54749

*Attorneys for Intervenor-Defendant*
*Alliance for Gun Responsibility*

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 27
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2022, I electronically filed

the foregoing document with the Clerk of the United States District Court using the

CM/ECF system which will send notification of such filing to all parties who are

registered with the CM/ECF system.


DATED this 11th day of October, 2022.


_____
Erica Knerr

ALLIANCE FOR GUN RESPONSIBILITY'S
ANSWER TO PLAINTIFFS' COMPLAINT - 28
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750