1 | R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
2 | ANDREW HUGHES, WSBA #49515
BRIAN HUNT ROWE, WSBA #56817
3 | Assistant Attorneys General
JEFFREY T. EVEN, WSBA #20367
4 | Deputy Solicitor General
KRISTIN BENESKI, WSBA #45478
5 | First Assistant Attorney General
Washington State Office of the Attorney General
6 | 7141 Cleanwater Dr. SW
PO Box 40111
7 | Olympia, WA 98504-0111
(360) 709-6470

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual, et al., | NO. 1:22-cv-03093-MKD |
| Plaintiffs, | DECLARATION OF RYAN BUSSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE AND DECLARATORY RELIEF |
| v. | |
| ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General, et al., | NOVEMBER 23, 2022 With Oral Argument: 11:00 a.m. |
| Defendants. | |

I, Ryan Busse, declare under penalty of perjury under the laws of the United States that the information in this declaration is true:

1. I am over the age of 18, competent to testify as to the matters in my declaration, and make this declaration based on my personal knowledge.

2. I was raised with firearms as an integral part of my life. I began shooting with various guns as a young boy and continued to regularly use and

DECLARATION OF RYAN BUSSE
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

study guns throughout my life (I am now 52). After graduating college, I entered the shooting industry in 1992. I became a sales executive in the firearms industry in 1995 and I spent more than 25 years in this role. While in the industry, I developed innovative sales teams, maintained relationships with the largest national retailers and was responsible for worldwide sales of millions of firearms. I built a dealer-direct sales network which included more than 2500 firearms dealers including locations in all 50 states and I regularly visited these dealers. In my job I also studied and built sales programs that relied on understanding the technical nature of most available firearms in the U.S. market. During my career I played an integral role in building one of the largest firearms companies in the United States (Kimber) and I was nominated by shooting industry leadership many times for the Shooting Industry Person of the year award (the highest award given to an individual in the firearms industry.) I served in an executive sales capacity as a Vice President of Sales until August 2020. I left the firearms industry because I was concerned about what I believed to be irresponsible and dangerous marketing and sales practices. While in the industry I served as an advisor the United States Senate Sportsmen's Caucus, and as the board chairman for Backcountry Hunters & Anglers (a national wildlife conservation and hunting organization.) Since I left, I have served as an advisor to the Biden campaign, I have testified to congress twice, and I have been called to testify in closed-door briefings at the U.S. Senate. I remain a proud and active gun owner, outdoorsman and advocate for responsible gun ownership.

DECLARATION OF RYAN BUSSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE AND DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

3. When I first started my work in the gun industry neither AR-15s nor large capacity magazines (those capable of holding more than 10 rounds) were common. There was an unspoken agreement in the industry that tactical guns and gun paraphernalia—and virtually all large capacity magazines were considered tactical at this time—would not be displayed at trade shows or used at industry sponsored shooting events. Individuals who brought such rifles to shooting events were asked not to return. This remained true as late as 2007. It wasn't until very recently that the gun industry began to push AR-15s leading to their popularization today.

4. Despite the recent popularization of large capacity magazines, it is important to note that I am not aware of a single existing firearm that requires a high capacity magazine to function as designed. By this I mean that all firearms that can accept a large capacity magazine can also accept a magazine that holds 10 or fewer rounds and function precisely as intended. This is true even of AR-style rifles. Although many AR-style rifles are sold with a 30 round magazine, the manufacturers all offer the optional purchase of 10 round of even lower capacity magazines. There are many pistols (such at the very popular Model 1911—which was the accepted sidearm of the U.S. Military for decades and is still one of the most widely sold guns in the United States) that are built for magazines of eight rounds or less. While larger 10-plus round magazines exist for the 1911 and other similar pistols, a smaller magazine (standard seven or eight round) are considered preferable by almost all consumers because the physical

DECLARATION OF RYAN BUSSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE AND DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

size/profile of the shorter magazine is easier to carry, shoot and conceal. Still today the 1911 and other similar guns which are built to function with sub-10 round magazines are built by many gun companies (Smith and Wesson, Ruger, Kimber, Springfield, Rock Island, Dan Wesson, and many other companies build and sell these 1911 pistols) and they are sold in high volumes by most retailers in the United States. These guns are still considered extremely effective self-defense firearms by many of the leading firearms trainers in the country.

5. Today there are also many handguns that can accept a magazine within 15–20-plus rounds, but these handguns can accept and fully function with a magazine that holds 10 or fewer rounds. Firearm manufacturers have been providing these lower capacity magazines for years and can easily modify a "high capacity" magazine into one that will accept only 10 rounds but still function just as designed in a firearm. In 1994, Congress enacted the Violence Crime Control and Law Enforcement Act that prohibited the possession of "large capacity ammunition feeding devices" defined as any magazine capable of accepting more than ten rounds of ammunition. California enacted a ban on the sale of large capacity magazines in 2000 and that law is still on the books today. Since that enactment, and still today, firearms manufacturers build and sell dozens of gun models and magazines that are compliant with that California law. I am not aware of any assertion that these guns, built for and sold in California, are incapable of functioning as designed.

DECLARATION OF RYAN BUSSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE AND DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

6.  Because a large capacity magazine is not a required component for a firearm to operate, it can and should be characterized as a firearms accessory. There is a massive market for magazines that far surpasses that of the market for firearms themselves in terms of numeric sales. There are companies, such as Magpul, that entirely specialize in firearms accessories including large capacity magazines. In fact, most firearms manufacturers do not consider the magazines as integral enough to build their own magazines for their own guns. In almost all cases even the largest gun manufacturers contract with "accessory makers" who build magazines and then supply them to the gun manufacturer who then sells the magazines with the guns but also as an "add-on" accessory. Based on my experience, these magazines are a large profit center for the gun industry and sales of these magazines are treated as a category separate from gun sales throughout the sales chain. For example, I am aware of compensation programs from gun manufacturers that offer increased payment for magazines as opposed to guns, and retailers often incentivize their employees to push a buyer to purchase additional magazines because it is known that consumers view the purchase of magazines as separate from the gun and they are therefore viewed as "add-on sales" for retailers. These magazines are almost always manufactured by third party companies (not the manufacturer of the firearm). The degree to which a magazine is viewed as an accessory by firearms retailers is reinforced by the fact that when manufacturers add additional magazines to the gun at the time of sale as an incentive to encourage consumers to purchase the gun, the practice

DECLARATION OF RYAN BUSSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE AND DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

often upsets the retailers who view this as taking away an accessory sale they could have made.

7. In my experience, magazines are often used as marketing tactics to increase sales. Many gun buyers are encouraged to buy extra magazines of various sizes and they are encouraged to build an excess supply of more magazines than are needed even though these accessories basically never wear out. While it is possible for someone who shoots high volumes to eventually wear out a magazine, these shooters are exceptionally rare. Additionally, when a magazine begins to wear out you can purchase a new spring tune-up kit for the magazine and thereby refurbish the magazine.

8. It is also important to note that even the ability of guns to accept an external magazine is not as ubiquitous as one would be led to believe. Fixed magazine firearms are and have long been extremely prevalent. The majority of hunting rifles have a fixed internal magazine, all revolvers hold ammunition in what is in essence a circular fixed magazine, almost all shotguns are built with fixed magazines or without any magazine at all, some tactical rifles, and most tactical shotguns are built with, and function with fixed magazines.

9. Lastly, many widely available guns including all AR-15 style rifles accept all other AR-15 magazines. In other words, the magazine is a universal accessory much like tires that fit many brands of cars. This is true of AR-15 magazines regardless of capacity or size (a 10 round AR-15 magazine will function in all other AR-15 style firearms). It is also true of the 1911 style pistol

DECLARATION OF RYAN BUSSE
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1  which is one of the most popular self-defense guns in history. This century-old
2  design is still a leading seller and its standard specifications call for a seven or
3  eight round magazines. Dozens of the largest manufacturers in the world
4  currently offer 1911 pistol models and magazines from each are interchangeable
5  between all of these others.  This interchangeability of magazines as accessories
6  is illustrated by the fact that third party manufacturers who produce magazines
7  for multiple gun companies will sometimes mistakenly ship a magazine from
8  "company A" to "company B" because the only difference is the marking (there
9  is no functional difference). I have personally witnessed this on multiple
10 occasions.

11    I declare under penalty of perjury under the laws of the State of
12 Washington and the United States that the foregoing is true and correct.

13    DATED this  17   day of  October    2022 at Kalispell, Montana.

15                                          Ryan Busse

DECLARATION OF RYAN BUSSE
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

## PROOF OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 24th day of October 2022 at Seattle, Washington.

*s/ Andrew Hughes*
ANDREW HUGHES, WSBA #49515
Assistant Attorney General

DECLARATION OF RYAN BUSSE
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470