1  R. JULY SIMPSON, WSBA #45869
   WILLIAM MCGINTY, WSBA #41868
2  ANDREW HUGHES, WSBA #49515
   BRIAN HUNT ROWE, WSBA #56817
3  Assistant Attorneys General
   JEFFREY T. EVEN, WSBA #20367
4  Deputy Solicitor General
   KRISTIN BENESKI, WSBA #45478
5  First Assistant Attorney General
   Washington State Office of the Attorney General
6  7141 Cleanwater Dr. SW
   PO Box 40111
7  Olympia, WA 98504-0111
   (360) 709-6470
8

9              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF WASHINGTON**
10                        **AT YAKIMA**

11  MICHAEL SCOTT BRUMBACK,       NO. 1:22-cv-03093-MKD
    an individual, et al.,
12                                 DECLARATION OF LOUIS
                   Plaintiffs,     KLAREVAS IN SUPPORT OF
13                                 DEFENDANTS' OPPOSITION
          v.                       TO PLAINTIFFS' MOTION FOR
14                                 INJUNCTIVE AND
    ROBERT W. FERGUSON, in his     DECLARATORY RELIEF
15  official capacity as Washington
    State Attorney General, et al., NOVEMBER 23, 2022
16                                 With Oral Argument: 11:00 a.m.
                   Defendants.
17

18       I, Louis Klarevas, declare under penalty of perjury under the laws of the

    United States that the information in this declaration is true:
19

20       1.    I am over the age of 18, competent to testify as to the matters in my

    declaration, and make this declaration based on my personal knowledge.
21

22

DECLARATION OF LOUIS KLAREVAS         1        ATTORNEY GENERAL OF WASHINGTON
IN OPPOSITION TO PLAINTIFFS'                        Complex Litigation Division
MOTION FOR INJUNCTIVE AND                             7141 Cleanwater Dr. SW
DECLARATORY RELIEF                                        PO Box 40111
                                                     Olympia, WA 98504-0111
NO. 1:22-cv-03093-MKD                                   (360) 709-6470

## I.    BACKGROUND AND QUALIFICATIONS

2.    I am a security policy analyst and, currently, Research Professor at Teachers College, Columbia University, in New York. I am also a founding member of the Columbia University Scientific Union for the Reduction of Gun Violence (SURGE) as well as a member of the Regional Gun Violence Research Consortium at the State University of New York's Nelson A. Rockefeller Institute of Government.

3.    I am the author of the book *Rampage Nation*, one of the most comprehensive studies on mass shootings in the United States.[1] I also lead what I believe to be the only peer-reviewed study on the relationship between large-capacity magazines ("LCMs" hereinafter), legal restrictions on LCMs, and mass shooting violence, controlling for whether or not high-fatality mass shootings involved LCMs.[2] In addition, I am a co-investigator of a research project on school shootings funded by the National Institutes of Health. My current research examines the nexus between American public safety and gun violence.

---

[1] Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* (2016).

[2] Louis Klarevas, et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990–2017*, 109 Am. J. of Pub. Health 1754 (2019), https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2019.305311.

DECLARATION OF LOUIS KLAREVAS IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE AND DECLARATORY RELIEF NO. 1:22-cv-03093-MKD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    4.    I am a political scientist by training, with a B.A. from the University

2    of Pennsylvania and a Ph.D. from American University. During the course of my

3    nearly 25-year career as an academic, I have served on the faculties of the George

4    Washington University, the City University of New York, New York University,

5    and the University of Massachusetts. I have also served as a Defense Analysis

6    Research Fellow at the London School of Economics and Political Science and

7    as United States Senior Fulbright Scholar in Security Studies at the University of

8    Macedonia.

9    5.    In addition to having made well over 150 media and public-speaking

10   appearances, I am the author or co-author of more than 25 scholarly studies and

11   over 60 commentary pieces.

12   6.    A more detailed list of my professional experiences and credentials,

13   including a full list of my publications, can be found in my curriculum vitae,

14   which is appended to this Declaration as **Exhibit A**.

15   **II.    OPINION**

16   7.    It is my professional opinion, based upon my extensive review and

17   analysis of data since 1990, that: (1) gun massacres—mass shootings that result

18   in the death of six or more people, not including the perpetrator(s)—presently

19   pose the deadliest criminal threat to the safety of American society, and the

20   problem is growing; (2) gun massacres involving LCMs—which are

21   ammunition-feeding devices that hold more than 10 rounds of ammunition—

22

DECLARATION OF LOUIS KLAREVAS
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    have resulted, on average, in a greater loss of life than gun massacres that did not

2    involve LCMs; and (3) jurisdictions that restrict LCMs experienced fewer gun

3    massacres, per capita, than jurisdictions that did not restrict LCMs.[3] As a result,

4    restrictions on LCMs have the potential to significantly reduce the number of

5    lives lost in mass shootings.[4]

6    _____

7        [3]In my book *Rampage Nation*, I defined a mass shooting as "any violent

8    attack that results in four or more individuals incurring gunshot wounds." I then

9    differentiated between three different categories of mass shooting: (1) Nonfatal

10   are those mass shootings in which no one dies; (2) Fatal are those mass shootings

11   in which at least one victim dies; and (3) High-Fatality are those mass shootings

12   in which six or more victims die. Throughout my book and in this Declaration, I

13   use the terms "high-fatality mass shooting" and "gun massacre" interchangeably.

14   Of the three categories of mass shootings, gun massacres are the deadliest,

15   resulting in the highest fatality tolls per individual incidents. Klarevas, *supra*

16   note 1. A table from *Rampage Nation* defining mass shootings is reproduced in

17   **Exhibit B**.

18       [4]Magazines can come in a variety of capacities, including but not limited

19   to 5, 8, 10, 15, 17, 20, 30, 40, 50, and even 100 rounds. Most states, including

20   Washington, define LCMs as ammunition-feeding devices holding more than

21   10 rounds of ammunition. However, three states define LCMs using a higher

22   capacity: Vermont (over 15 rounds for handguns, but over 10 rounds for long

DECLARATION OF LOUIS KLAREVAS                4
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

**A.     Gun Massacres Are a Growing Threat to Public Safety**

8.     An examination of the 10 deadliest individual acts of intentional criminal violence in the United States since the coordinated terrorist attack of September 11, 2001, reveals a clear-cut pattern: Every act on the list is a mass shooting (Table 1).

**Table 1**
**The 10 Deadliest Acts of Intentional Criminal Violence in U.S. since 9/11**

|    | Deaths | Date | Location | Involved LCM(s) |
|----|--------|------|----------|-----------------|
| 1  | 60     | October 1, 2017   | Las Vegas, NV         | ✓ |
| 2  | 49     | June 12, 2016     | Orlando, FL           | ✓ |
| 3  | 32     | April 16, 2007    | Blacksburg, VA        | ✓ |
| 4  | 27     | December 14, 2012 | Newtown, CT           | ✓ |
| 5  | 25     | November 5, 2017  | Sutherland Springs, TX| ✓ |
| 6  | 23     | August 3, 2019    | El Paso, TX           | ✓ |
| 7  | 21     | May 24, 2022      | Uvalde, TX            | ✓ |
| 8  | 17     | February 14, 2018 | Parkland, FL          | ✓ |
| 9  | 14     | December 2, 2015  | San Bernardino, CA    | ✓ |
| 10 | 13     | April 3, 2009     | Binghamton, NY        | ✓ |
| 10 | 13     | November 5, 2009  | Fort Hood, TX         | ✓ |

guns), Colorado (over 15 rounds), and Delaware (over 17 rounds). *See* Giffords Law Center to Prevent Gun Violence, Large Capacity Magazines, https://giffords.org/lawcenter/gun-laws/policy-areas/hardware-ammunition/large-capacity-magazines (last visited Oct. 20, 2022). For purposes of this Declaration, unless otherwise stated, LCMs are defined in a manner that is consistent with Washington's statutory definition: ammunition-feeding devices holding more than 10 rounds of ammunition. Wash. Rev. Code 9.41.010(16) (2022).

DECLARATION OF LOUIS KLAREVAS
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

9.     Extending the window of examination back a little further, to 1990, shows that gun massacres are a growing problem (Table 2). In the 1990s, the rate of occurrence was 1.4 gun massacres per year. In the 2020s, the rate of occurrence is 5.0 gun massacres per year. While the population of the United States grew about 25 percent during this timeframe—from an average of approximately 265 million people in the 1990s to an average of approximately 332 million people in the 2020s—such growth pales in comparison to the jump in gun massacre events, which increased 257 percent from the 1990s to the 2020s. Charting the annual occurrence of gun massacres illustrates that the overall trend is upward (Fig. 1).

**Figure 1**
**The Trend in Annual Gun Massacre Incidents in the United States, 1990–2022[5]**



---

[5]Data for 2022 only covers January 1 through September 30.

DECLARATION OF LOUIS KLAREVAS          6
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

10.    A similar pattern holds for fatalities that result from gun massacres (Table 2). The average for the decade of the 1990s was 12.4 deaths per year. In the 2020s, an average of 41 lives are lost annually as a result of gun massacres. This marks a 230 percent increase between the two timeframes. As with annual gun massacre occurrences, annual gun massacre deaths also exhibit an upward trend (Fig. 2).

**Table 2**
**Gun Massacres in the United States, 1990–2022[6]**

|  | Date | City | State | Deaths | Involved LCM(s) |
|---|---|---|---|---|---|
| 1 | 6/18/1990 | Jacksonville | FL | 9 | Y |
| 2 | 1/26/1991 | Chimayo | NM | 7 | N |
| 3 | 8/9/1991 | Waddell | AZ | 9 | N |
| 4 | 10/16/1991 | Killeen | TX | 23 | Y |
| 5 | 11/7/1992 | Morro Bay and Paso Robles | CA | 6 | N |
| 6 | 1/8/1993 | Palatine | IL | 7 | N |
| 7 | 5/16/1993 | Fresno | CA | 7 | Y |
| 8 | 7/1/1993 | San Francisco | CA | 8 | Y |
| 9 | 12/7/1993 | Garden City | NY | 6 | Y |
| 10 | 4/20/1999 | Littleton | CO | 13 | Y |
| 11 | 7/12/1999 | Atlanta | GA | 6 | U |
| 12 | 7/29/1999 | Atlanta | GA | 9 | Y |
| 13 | 9/15/1999 | Fort Worth | TX | 7 | Y |

---

[6]Gun massacres are high-fatality mass shootings resulting in six or more fatalities, not including the perpetrator(s), regardless of location or motive. Gun massacres were coded as involving an LCM if at least one of the weapons used to perpetrate the shooting was armed with an ammunition-feeding device holding more than 10 rounds of ammunition. Incidents in gray shade are those incidents

DECLARATION OF LOUIS KLAREVAS
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

| | Date | City | State | Deaths | Involved LCM(s) |
|---|---|---|---|---|---|
| 14 | 11/2/1999 | Honolulu | HI | 7 | Y |
| 15 | 12/26/2000 | Wakefield | MA | 7 | Y |
| 16 | 12/28/2000 | Philadelphia | PA | 7 | Y |
| 17 | 8/26/2002 | Rutledge | AL | 6 | N |
| 18 | 1/15/2003 | Edinburg | TX | 6 | U |
| 19 | 7/8/2003 | Meridian | MS | 6 | N |
| 20 | 8/27/2003 | Chicago | IL | 6 | N |
| 21 | 3/12/2004 | Fresno | CA | 9 | N |
| 22 | 11/21/2004 | Birchwood | WI | 6 | Y |

that occurred at a time when and in a state where legal prohibitions on LCMs were in effect statewide or nationwide. For purposes of coding, between September 13, 1994, and September 12, 2004, the federal assault weapons ban, which also restricted LCMs, was in effect. During that 10-year period, all 50 states and the District of Columbia were under legal conditions that prohibited certain LCMs. As such, the entire country, including the District of Columbia (which is treated as a state-level jurisdiction), is coded as being under an LCM ban during the timeframe that the federal assault weapons ban was in effect. *See* Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* (2016); Louis Klarevas, et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990–2017*, 109 Am. J. of Pub. Health 1754 (2019), https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2019.305311; Gun Violence Archive, https://www.gunviolencearchive.org (last visited Oct. 20, 2022). The Gun Violence Archive was only consulted for identifying high-fatality mass shootings that occurred since January 1, 2018.

DECLARATION OF LOUIS KLAREVAS
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

| | Date | City | State | Deaths | Involved LCM(s) |
|---|---|---|---|---|---|
| 23 | 3/12/2005 | Brookfield | WI | 7 | Y |
| 24 | 3/21/2005 | Red Lake | MN | 9 | Y |
| 25 | 1/30/2006 | Goleta | CA | 7 | Y |
| 26 | 3/25/2006 | Seattle | WA | 6 | N |
| 27 | 6/1/2006 | Indianapolis | IN | 7 | Y |
| 28 | 12/16/2006 | Kansas City | KS | 6 | N |
| 29 | 4/16/2007 | Blacksburg | VA | 32 | Y |
| 30 | 10/7/2007 | Crandon | WI | 6 | Y |
| 31 | 12/5/2007 | Omaha | NE | 8 | Y |
| 32 | 12/24/2007 | Carnation | WA | 6 | U |
| 33 | 2/7/2008 | Kirkwood | MO | 6 | Y |
| 34 | 9/2/2008 | Alger | WA | 6 | U |
| 35 | 12/24/2008 | Covina | CA | 8 | Y |
| 36 | 1/27/2009 | Los Angeles | CA | 6 | N |
| 37 | 3/10/2009 | Kinston, Samson, and Geneva | AL | 10 | Y |
| 38 | 3/29/2009 | Carthage | NC | 8 | N |
| 39 | 4/3/2009 | Binghamton | NY | 13 | Y |
| 40 | 11/5/2009 | Fort Hood | TX | 13 | Y |
| 41 | 1/19/2010 | Appomattox | VA | 8 | Y |
| 42 | 8/3/2010 | Manchester | CT | 8 | Y |
| 43 | 1/8/2011 | Tucson | AZ | 6 | Y |
| 44 | 7/7/2011 | Grand Rapids | MI | 7 | Y |
| 45 | 8/7/2011 | Copley Township | OH | 7 | N |
| 46 | 10/12/2011 | Seal Beach | CA | 8 | N |
| 47 | 12/25/2011 | Grapevine | TX | 6 | N |
| 48 | 4/2/2012 | Oakland | CA | 7 | N |
| 49 | 7/20/2012 | Aurora | CO | 12 | Y |
| 50 | 8/5/2012 | Oak Creek | WI | 6 | Y |
| 51 | 9/27/2012 | Minneapolis | MN | 6 | Y |
| 52 | 12/14/2012 | Newtown | CT | 27 | Y |
| 53 | 7/26/2013 | Hialeah | FL | 6 | Y |
| 54 | 9/16/2013 | Washington | DC | 12 | N |
| 55 | 7/9/2014 | Spring | TX | 6 | Y |
| 56 | 9/18/2014 | Bell | FL | 7 | U |
| 57 | 2/26/2015 | Tyrone | MO | 7 | U |
| 58 | 5/17/2015 | Waco | TX | 9 | Y |
| 59 | 6/17/2015 | Charleston | SC | 9 | Y |
| 60 | 8/8/2015 | Houston | TX | 8 | U |

DECLARATION OF LOUIS KLAREVAS
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

| | Date | City | State | Deaths | Involved LCM(s) |
|---|---|---|---|---|---|
| 61 | 10/1/2015 | Roseburg | OR | 9 | Y |
| 62 | 12/2/2015 | San Bernardino | CA | 14 | Y |
| 63 | 2/21/2016 | Kalamazoo | MI | 6 | Y |
| 64 | 4/22/2016 | Piketon | OH | 8 | U |
| 65 | 6/12/2016 | Orlando | FL | 49 | Y |
| 66 | 5/27/2017 | Brookhaven | MS | 8 | Y |
| 67 | 9/10/2017 | Plano | TX | 8 | Y |
| 68 | 10/1/2017 | Las Vegas | NV | 60 | Y |
| 69 | 11/5/2017 | Sutherland Springs | TX | 25 | Y |
| 70 | 2/14/2018 | Parkland | FL | 17 | Y |
| 71 | 5/18/2018 | Santa Fe | TX | 10 | N |
| 72 | 10/27/2018 | Pittsburgh | PA | 11 | Y |
| 73 | 11/7/2018 | Thousand Oaks | CA | 12 | Y |
| 74 | 5/31/2019 | Virginia Beach | VA | 12 | Y |
| 75 | 8/3/2019 | El Paso | TX | 23 | Y |
| 76 | 8/4/2019 | Dayton | OH | 9 | Y |
| 77 | 8/31/2019 | Midland and Odessa | TX | 7 | Y |
| 78 | 3/15/2020 | Moncure | NC | 6 | U |
| 79 | 6/4/2020 | Valhermoso Springs | AL | 7 | Y |
| 80 | 9/7/2020 | Aguanga | CA | 7 | U |
| 81 | 2/2/2021 | Muskogee | OK | 6 | U |
| 82 | 3/16/2021 | Acworth and Atlanta | GA | 8 | U |
| 83 | 3/22/2021 | Boulder | CO | 10 | Y |
| 84 | 4/7/2021 | Rock Hill | SC | 6 | Y |
| 85 | 4/15/2021 | Indianapolis | IN | 8 | Y |
| 86 | 5/9/2021 | Colorado Springs | CO | 6 | Y |
| 87 | 5/26/2021 | San Jose | CA | 9 | Y |
| 88 | 1/23/2022 | Milwaukee | WI | 6 | U |
| 89 | 4/3/2022 | Sacramento | CA | 6 | Y |
| 90 | 5/14/2022 | Buffalo | NY | 10 | Y |
| 91 | 5/24/2022 | Uvalde | TX | 21 | Y |
| 92 | 7/4/2022 | Highland Park | IL | 7 | Y |

DECLARATION OF LOUIS KLAREVAS
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1

2

**Figure 2**
**The Trend in Annual Gun Massacre Deaths in the United States, 1990–2022[7]**

3

4

5

6

7

8

9

10



11

12

13     11.     The clear takeaway from this trend data is that mass shootings pose

14     a grave threat to the United States, and the threat is growing.

15     **B.     LCMs Are a Major Factor in the Rise of Gun Massacre Violence**

16     12.     The data since 1990 indicate that gun massacres have grown in terms

17     of frequency and lethality, posing a unique threat to the safety of the American

18     people. The data also point to another striking pattern: LCMs contribute

19     substantially to that threat. Returning to the 10 deadliest acts of mass murder

20     since 9/11 in Table 1, every single one was a mass shooting involving an LCM.

21     _____

22     [7]Data for 2022 only covers January 1 through September 30.

DECLARATION OF LOUIS KLAREVAS          11
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    13.    LCMs provide multiple advantages to active shooters. Offensively,

2    LCMs increase kill potential. Basically, the more bullets a shooter can fire at a

3    target within a finite amount of time, the more potential wounds they can inflict.

4    Furthermore, the more bullets that strike a victim, the higher the odds that that

5    person will die. There are two forces that allow LCMs to increase kill potential:

6    sustained-fire capability and multiple-impact capability.

7    14.    When inserted into either a semiautomatic or fully-automatic

8    weapon, an LCM facilitates the ability of an active shooter to fire a large number

9    of rounds at an extremely quick rate without pause. This phenomenon—

10    sustained-fire capability—comes in handy when a target is in a gunman's line of

11    sight for only a few seconds. For example, sustained-fire capability allows a

12    reasonably competent shooter to fire three rounds per second with a

13    semiautomatic firearm and ten rounds per second with an automatic firearm. That

14    results in numerous chances to hit a target in a very short window of opportunity.

15    15.    LCMs also facilitate the ability of a shooter to strike a human target

16    with more than one round. This phenomenon—multiple-impact capability—

17    increases the chances that the victim, when struck by multiple rounds, will die.

18    At least two separate studies have found that, when compared to the fatality rates

19    of gunshot wound victims who were hit by only a single bullet, the fatality rates

20

21

22

DECLARATION OF LOUIS KLAREVAS              12
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1   of those victims hit by more than one bullet were over 60 percent higher.[8] The

2   implication is straightforward: being able to strike human targets with more than

3   one bullet increases the shooter's chances of killing their victims. In essence,

4   LCMs are force multipliers when it comes to kill potential—and the evidence

5   from gun massacres supports this conclusion.

6       16.    Of the 92 gun massacres since January 1, 1990, 61 involved LCMs,

7   resulting in 703 cumulative deaths (Table 2). In contrast, 18 gun massacres did

8   not involve LCMs. These 18 incidents resulted in 132 cumulative deaths.[9] The

9   average death toll for the 61 gun massacres involving LCMs is 11.5 fatalities per

10  shooting, whereas the average death toll for the 18 incidents that did not involve

11  LCMs is 7.3 fatalities per shooting. In other words, the use of LCMs in massacres

12  resulted in a 58 percent increase in average fatalities per incident. Moreover,

13  since 1990, while LCMs have been used in nearly 66 percent of all gun

14  massacres, they have used in 94 percent of gun massacres resulting in more than

15  _____

16      [8]Daniel W. Webster, et al., *Epidemiologic Changes in Gunshot Wounds in*

17  *Washington, DC, 1983–1990*, 127 Archives of Surgery 694–698 (June 1992),

18  reproduced in **Exhibit C**; *see also*, Angela Sauaia, et al., *Fatality and Severity of*

19  *Firearm Injuries in a Denver Trauma Center, 2000–2013*, 315 J. of the Am. Med.

20  Ass'n 2465–2467 (June 14, 2016), reproduced in **Exhibit D**.

21      [9]There was also 13 gun massacres, resulting in 87 cumulative deaths, in

22  which the magazine capacity could not be determined (Table 2).

DECLARATION OF LOUIS KLAREVAS    13
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    10 deaths and 100 percent of all gun massacres resulting in more than 15 deaths—

2    establishing a relationship between LCMs and the deadliest gun massacres (Fig.

3    3).

4    **Figure 3**
      **Percentage of Gun Massacres Involving LCMs by Fatality Threshold,**
5    **1990–2022**



17.    In addition to the offensive advantages that LCMs provide, there is

the defensive advantage of extended cover. During an active shooting, a

perpetrator is either firing their gun or not firing their gun. While pulling the

trigger, it is extremely difficult for those in harm's way to take successful

defensive maneuvers. But if the shooter runs out of bullets, there is a lull in the

shooting. This precious downtime affords those in the line of fire with a chance

to flee, hide, or fight back.

DECLARATION OF LOUIS KLAREVAS          14
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    18.    There are countless examples of individuals fleeing or taking cover

2    while active shooters paused to reload. For instance, in 2012, several first-graders

3    at Sandy Hook Elementary School in Newtown, Connecticut, escaped their

4    attacker as he was swapping out magazines, allowing them to exit their classroom

5    and dash to safety.[10] There is also the possibility that someone will rush a

6    rampage shooter and try to tackle them (or at the very least try to wrestle his

7    weapon away from him) while they pause to reload.[11] In recent history, there have

8    been numerous instances of active shooters being physically confronted by

9    unarmed civilians while reloading, bringing their gun attacks to an abrupt end.

10    Table 3 contains a sampling of such examples.

11

12

13

14

15

16    _____

17    [10]*See* Dave Altimari, et al., *Shooter Paused and Six Escaped*, Hartford

18    Courant, Dec. 23, 2012, reproduced as **Exhibit E**.

19    [11]The longer a shooter can fire without interruption, the longer they can

20    keep potential defenders at bay. The longer potential defenders are kept from

21    physically confronting a shooter, the more opportunity there is for the shooter to

22    inflict damage.

DECLARATION OF LOUIS KLAREVAS    15
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

**Table 3**
**Examples of Shooters Who Were Physically Confronted While Reloading[12]**

| Date | Perpetrator | Target | Location |
|------|-------------|--------|----------|
| 12/7/1993 | Colin Ferguson | Long Island Rail Road | Garden City, NY |
| 10/29/1994 | Francisco Duran | White House | Washington, DC |
| 5/21/1998 | Kipland Kinkel | Thurston High School | Springfield, OR |

---

[12]Rich Schapiro, *LIRR Massacre 20 Years Ago: 'I Was Lucky,' Says Hero Who Stopped Murderer*, New York Daily News, Dec. 7, 2013, http://www.nydailynews.com/new-york/nyc-crime/lirr-massacre-20-years-lucky-hero-stopped-murderer-article-1.1540846; Eric Schmitt, *Gunman Shoots at White House from Sidewalk*, New York Times, Oct. 30, 1994, http://www.nytimes.com/1994/10/30/us/gunman-shoots-at-white-house-from-sidewalk.html; Timothy Egan, *Oregon Student Held in 3 Killings; One Dead, 23 Hurt at His School*, New York Times, May 22, 1998, http://www.nytimes.com/1998/05/22/us/shootings-school-overview-oregon-student-held-3-killings-one-dead-23-hurt-his.html; Ken Ritter, *Trial Begins in Las Vegas Casino Gunfire Case*, San Diego Union-Tribune, July 7, 2009, http://www.sandiegouniontribune.com/sdut-us-casino-shooting-trial-070709-2009jul07-story.html; *Report: Capitol Gunfire Suspect Tried Reloading*, Huntsville Item, Jan. 22, 2010, http://www.itemonline.com/news/local_news/report-capitol-gunfire-suspect-tried-reloading/article_7f321cc6-170e-578c-928f-fbc702f1228a.html; Adam Nagourney, *A Single, Terrifying Moment: Shots Fired, a Scuffle*

DECLARATION OF LOUIS KLAREVAS
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

16

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

| 7/6/ 2007 | Steven Zegrean | New York-New York Casino | Las Vegas, NV |
| 1/21/ 2010 | Fausto Cardenas | Texas State Capitol | Austin, TX |
| 1/8/2011 | Jared Loughner | Gabrielle Giffords Event | Tucson, AZ |
| 6/5/2014 | Aaron Ybarra | Seattle Pacific University | Seattle, WA |

## C.    Restrictions on LCMs Result in Fewer Gun Massacres

19.    Around lunchtime on January 17, 1989, a man opened fire on children enjoying recess on the playground at Cleveland Elementary School in Stockton, California. Using an AK-47-like assault rifle and LCMs, the gunman fired over 100 rounds in under three minutes, before committing suicide. The attack left five dead and another 32 wounded. All five of the murder victims and 29 of the 30 surviving gunshot-wound victims were children, mostly of Cambodian or Vietnamese parents who had immigrated to the United States.[13] In

---

*and    Some    Luck*,    New    York    Times,    Jan.    10,    2011, http://www.nytimes.com/2011/01/10/us/10reconstruct.html; Joe Kemp, *Student Hailed Hero for Tackling Gunman Who Opened Fire in Seattle Pacific University, Killing One*,    New    York    Daily    News,    June    6,    2014, http://www.nydailynews.com/news/crime/student-hailed-hero-tackling-gunman-opened-fire-seattle-pacific-university-killing-article-1.1819485.

[13] Jay Mathews, *Legacy of a Schoolyard Turned Killing Ground*, Washington    Post,    Jan.    14,    1990, https://www.washingtonpost.com/archive/politics/1990/01/14/legacy-of-schoolyard-turned-killing-ground/71679761-7402-4d39-a118-830255609680.

DECLARATION OF LOUIS KLAREVAS
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

17

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    an effort to prevent future mass shootings like the Stockton rampage, several state

2    legislatures and the U.S. Congress began discussing restrictions on assault

3    weapons and LCMs.[14] On March 30, 1990, New Jersey became the first state to

4    regulate LCMs.[15] Eleven states and the District of Columbia have since followed

5    suit: Hawaii (July 1, 1992), Maryland (June 1, 1994), Massachusetts (July 23,

6    1998), California (January 1, 2000), New York (November 1, 2000),

7    Washington, D.C. (March 31, 2009), Connecticut (April 4, 2013), Colorado

8    (July 1, 2013), Vermont (April 11, 2018), Rhode Island (June 21, 2022),

9    Washington (July 1, 2022), and Delaware (August 29, 2022).

10    20.    Following another high-profile gun massacre, perpetrated with

11    assault weapons and LCMs, that claimed eight lives at a San Francisco law firm

12

13

14    _____

15    [14]Christopher Ingraham, *The Real Reason Congress Banned Assault*

16    *Weapons in 1994—and Why It Worked*, Washington Post, Feb. 22, 2018,

17    https://www.washingtonpost.com/news/wonk/wp/2018/02/22/the-real-reason-

18    congress-banned-assault-weapons-in-1994-and-why-it-worked.

19    [15]While some states, beginning in the 1920s, enacted laws that regulated

20    specific types of firearms based on the number of rounds they could fire without

21    reloading, the first state to regulate ammunition-feeding devices holding more

22    than 10 rounds (i.e., LCMs) was New Jersey in 1990.

DECLARATION OF LOUIS KLAREVAS         18
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    in 1993, the United States enacted the federal Assault Weapons Ban (AWB).[16]

2    The law, which was in effect for only a ten-year period before sun-setting

3    (September 13, 1994–September 12, 2004), regulated certain firearms and their

4    components. Among its provisions, the federal AWB prohibited the manufacture,

5    sale, transfer, or possession of *new* magazines with a capacity greater than

6    10 rounds.[17] While the federal ban was in effect, the entire country was under an

7    LCM ban. While the nationwide restrictions are no longer in place, because of

8    the various state bans, approximately 31 percent of the United States population

9    remains subject to legal restrictions on LCMs.

10    　　　　21.　　In terms of reducing mass shooting violence, there are at least two

11    rationales for restricting magazine capacity. First, because LCMs, on average,

12    produce higher death tolls in gun massacres, limiting magazine capacity aims to

13    reduce the loss of life attributable to the increased kill potential of LCMs. Second,

14    because LCMs allow an shooter to fire more bullets without interruption,

15    ───────────────

16    　　[16]Pub. L. No. 103-322, Title XI, subtit. A, 108 Stat. 1796 (1996–2010)

17    (codified as former 18 U.S.C. §§ 922(v), (w)(1) (1994)). For a review of state

18    laws that regulate LCMs, *see* Law Center to Prevent Gun Violence, Large

19    Capacity Magazines, *supra* note 2.

20    　　[17]Magazines lawfully in circulation prior to the AWB's date of effect

21    (September 13, 1994) were exempted (i.e., grandfathered) from the ban.

22    Former 18 U.S.C. § 922(v)(2) (1994).

DECLARATION OF LOUIS KLAREVAS          19
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1   resulting in fewer opportunities for potential victims to take life-saving measures,

2   limiting magazine capacity aims to create conditions which force a shooter to

3   pause in order to reload fresh magazines. This, in turn, provides authorities and

4   civilians with precious seconds that can be exploited to escape, seek cover, or

5   take other defensive measures, including attacking the shooter.

6       22.    Concerned by the threat posed by firearm violence to "the public

7   health and safety of Washingtonians," in 2022, the State of Washington enacted

8   statewide prohibitions on the manufacture, importation, distribution, and sale of

9   LCMs.[18] Finding that "[f]irearms equipped with large capacity magazines

10  increase casualties by allowing a shooter to keep firing for longer periods of time

11  without reloading," the Washington Legislature took action that mirrored the

12  steps taken by other states that had implemented LCM bans in an effort to reduce

13  violent crime, particularly mass shootings.[19]

14      23.    In the field of epidemiology, a common method for assessing the

15  impact of laws and policies is to measure the rate of onset of new cases of an

16  event, comparing the rate when and where the laws and policies were in effect

17  against the rate when and where the laws and policies were not in effect. This

18  measure, known as the incidence rate, allows public health experts to identify

19  ————————————

20     [18]ESSB 5078, 67th Leg., Reg. Sess. (Wash. 2021), statutorily codified at

21  Wash. Rev. Code § 9.41 (2022).

22     [19]2022 Wash. Sess. Laws, ch. 104, § 1.

DECLARATION OF LOUIS KLAREVAS    20
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1   discernable differences, while accounting for variations in the population, over a

2   set period of time. Relevant to the present case, calculating incidence rates across

3   jurisdictions, in a manner that captures whether or not LCM bans were in effect

4   during the period of observation, allows for the assessment of the effectiveness

5   of such bans. In addition, fatality rates—the number of deaths, per population,

6   that result from particular events across different jurisdictions—also provide

7   insights into the impact of LCM bans on mass shootings.[20]

8       24.    Since 1990, when the first state ban on LCMs took effect, through

9   September 30, 2022, there have been 92 gun massacres in the United States

10  (Table 2).[21] Calculating incidence and fatality rates for this time-period, across

11

12  _____

13      [20]For purposes of this Declaration, incidence and fatality rates are

14  calculated using methods and principles endorsed by the Centers for Disease

15  Control. See Centers for Disease Control and Prevention, *Principles of*

16  *Epidemiology in Public Health Practice: An Introduction to Applied*

17  *Epidemiology and Biostatistics*, CDC (May 2012),

18  https://stacks.cdc.gov/view/cdc/13178.

19      [21]While some states, beginning in the 1920s, enacted laws that regulated

20  specific types of firearms based on the number of rounds they could fire without

21  reloading, the first state to regulate ammunition-feeding devices holding more

22  than 10 rounds (i.e., LCMs) was New Jersey in 1990. As such, there were no state

DECLARATION OF LOUIS KLAREVAS          21
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1   jurisdictions with and without bans on LCMs, reveals that states that restricted

2   LCMs experienced a 50 percent decrease in gun massacre incidence rates. They

3   also experienced a 62 percent decrease in gun massacre fatality rates, regardless

4   of the weaponry used by the mass murderers (Table 4).[22]

5       25.    When calculations go a step further and are limited to high-fatality

6   mass shootings involving LCMs, the difference between the two jurisdictional

7   categories (non-ban states and ban states) is even more pronounced.  In the time-

8   period between January 1, 1990, and September 30, 2022, accounting for

9   population, states with LCM bans in place experienced 58 percent fewer gun

10   massacres involving the use of LCMs.  Similarly, jurisdictions with bans in effect

11   experienced 69 percent fewer deaths resulting from gun massacres involving

12   LCMs (Table 4).

16   bans on LCMs in effect prior to 1990. Therefore, *a priori*, 1990 is the logical

17   starting point for an analysis of the impact of LCMs bans.

18   [22]For purposes of coding, between September 13, 1994, and September 12,

19   2004, the federal AWB was in effect. During that 10-year period, all 50 states

20   and the District of Columbia were under legal conditions that prohibited certain

21   LCMs. As such, the entire country is coded as being under an LCM ban during

22   the timeframe that the federal AWB was in effect.

DECLARATION OF LOUIS KLAREVAS   22
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

**Table 4**
**Incidence and Fatality Rates for Gun Massacres, by Whether or Not LCM Bans Were in Effect (January 1, 1990–September 30, 2022)[23]**

|  | Annual Average Population (Millions) | Total Incidents | Annual Incidents per 100 Million Population | Total Deaths | Annual Deaths per 100 Million Population |
|---|---|---|---|---|---|
| **All Gun Massacres** |  |  |  |  |  |
| Non-LCM Ban States | 160.42 | 65 | 1.22 | 698 | 13.60 |
| LCM Ban States | 134.73 | 27 | 0.63 | 224 | 5.20 |
| Percentage Decrease in Rate for LCM Ban States |  |  | 50% |  | 62% |
| **Gun Massacres Involving LCMs** |  |  |  |  |  |
| Non-LCM Ban States | 160.42 | 45 | 0.88 | 558 | 10.87 |
| LCM Ban States | 134.73 | 16 | 0.37 | 145 | 3.36 |
| Percentage Decrease in Rate for LCM Ban States |  |  | 58% |  | 69% |

26.     The evidence shows that when LCM bans are in effect, per capita, fewer gun massacres occur and fewer people die in such attacks. The intent of LCM bans, including Washington's, is to restrict the circulation of LCMs. The reasoning is that, if there are fewer LCMs in circulation, then shooters will often be forced to use firearms with lower ammunition-capacities, resulting in attacks that do not kill enough victims to rise to the level of a gun massacre (six or more

---

[23]Population data are from United States Census Bureau, State Intercensal Data Sets, https://www.census.gov/data/datasets.All.html (last visited Oct. 20, 2022).

DECLARATION OF LOUIS KLAREVAS
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

23

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    victims killed).[24] The data indicate that restrictions on LCMs enhance public

2    safety. While imposing constraints on LCMs will not result in the prevention of

3    all future mass shootings, taking steps to deny active shooters access to LCMs

4    will result in a substantial number of lives being saved.

5        I declare under penalty of perjury under the laws of the State of

6    Washington and the United States that the foregoing is true and correct.

7        DATED this 21st day of October 2022 at Queens, New York.

8

9



10    _____

11    LOUIS KLAREVAS

12

13

14

15    _____

16        [24]For instance, a shooter armed with a five-shot revolver can, in theory, kill

17    five people without having to reload. However, to kill more people, that same

18    shooter would require a way to fire additional ammunition, and the most efficient

19    way to do so is to utilize a firearm armed with an LCM. Because potential victims

20    can take life-saving action during critical pauses in the shooting, restricting the

21    ability of shooters to deliver large capacities of ammunition without interruption

22    can result in fewer lives lost in shootings.

DECLARATION OF LOUIS KLAREVAS    24
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    **PROOF OF SERVICE**

2    I hereby certify that I electronically filed the foregoing with the Clerk of

3    the Court using the CM/ECF System, which in turn automatically generated a

4    Notice of Electronic Filing (NEF) to all parties in the case who are registered

5    users of the CM/ECF system.

6    I declare under penalty of perjury under the laws of the United States of

7    America that the foregoing is true and correct.

8    DATED this 24th day of October 2022 at Seattle, Washington.

9

10    *s/ Andrew Hughes*
    ANDREW HUGHES, WSBA #49515
11    Assistant Attorney General

12

13

14

15

16

17

18

19

20

21

22

DECLARATION OF LOUIS KLAREVAS          25
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR INJUNCTIVE AND
DECLARATORY RELIEF
NO. 1:22-cv-03093-MKD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470