# Exhibit A

| | |
|---|---|
| **From:** | Madeline Johnson |
| **To:** | Rowe, Brian (ATG); Even, Jeffrey T (ATG); Beneski, Kristin (ATG); Simpson, July (ATG); McGinty, William (ATG); Hughes, Andrew (ATG); castilloc@lanepowell.com; zach.pekelis@pacificalawgroup.com; kai.smith@pacificalawgroup.com; sydney.henderson@pacificalawgroup.com |
| **Cc:** | Pete Serrano |
| **Subject:** | Brumback v. Ferguson 1:22-cv-03093 Proposed hearing dates for Motion for Declaratory and Injunctive Relief |
| **Date:** | Wednesday, August 31, 2022 1:48:50 PM |

[EXTERNAL]

Good afternoon all,

I spoke with Judge Dimke's clerk (Linda) today regarding setting up a hearing for the Motion for Declaratory and Injunctive Relief since the case was transferred to the Eastern District Court.

Linda stated that Judge Dimke does not have specific times or days set aside for this type of motion with oral argument, but that if we determine a few days that may work, we can then call her and confirm if that works for the Judge, which I am happy to do.

Based on our calendar, I have 3 proposed dates: **Tuesday September 20, 2022, Tuesday September 27, 2022 or Wednesday September 28, 2022.**

Please let me know which of those dates do not work for you and additionally please provide me some alternative dates I can check against our calendar. Thank you!

Very respectfully,
Madeline Johnson
*Paralegal*



**Silent Majority Foundation**

silentmajorityfoundation.org@gmail.com

Please visit our site for info and donations:

https://silentmajorityfoundation.org/

https://www.facebook.com/silentmajorityfoundation