# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL SCOTTT BRUMBACK, an individual; and GIMME GUNS, a sole proprietorship,<br>            **Plaintiffs**,<br>    -vs-<br>ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; ROBERT UDELL, in his official capacity as Sheriff for Yakima County, Washington; and JOSEPH A. BRUSIC, in his official capacity as County Prosecutor for Yakima County,<br>            **Defendants**,<br>ALLIANCE FOR GUN RESPONSIBILITY,<br>            **Defendant-Intervenor**. | Case No.     1:22-CV-3093-MKD<br>CIVIL MINUTES<br><br>DATE:     NOVEMBER 23, 2022<br>LOCATION:  YAKIMA/VIDEO<br><br>**MOTION HEARING** |

| **Honorable Mary K. Dimke** | | |
|---|---|---|
| Cora Vargas | 02 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Simon Peter Serrano<br>Austin Hatcher by video | Kristin Beneski by video for State Defendants<br>R. July Simpson by video for State Defendants<br>Andrew W. Hughes by video for State Defendants<br>Callie A. Castillo for Defendants Udell and Brusic<br>Zachary J Pekelis by video for Defendant-Intervenor | |
| **Plaintiffs' Counsel** | **Defendants' Counsel** | |

[ X ]  Open Court          [  ]  Chambers          [ X ]  Video Conference

Pete Serrano moves for injunctive and declaratory relief on behalf of plaintiffs (ECF 20).

Argument in opposition by Ms. Simpson on behalf of the state defendants, Robert Ferguson and John Batiste.

Argument in opposition by Mr. Pekelis on behalf of the Defendant-Intervenor, Alliance for Gun Responsibility.

Rebuttal argument by Mr. Serrano.

**Court**: Plaintiffs' Motion for Injunctive and Declaratory Relief, ECF 20, is **TAKEN UNDER ADVISEMENT**.

[ X ]   **ORDER FORTHCOMING**

| **CONVENED:**  11:09 A.M. | **ADJOURNED:**  12:25 P.M. | **TIME:**  1:16 HR. | **CALENDARED**  [ N/A ] |
|---|---|---|---|