```
1   R. JULY SIMPSON, WSBA #45869
    WILLIAM MCGINTY, WSBA #41868
2   ANDREW HUGHES, WSBA #49515
    BRIAN HUNT ROWE, WSBA #56817
3   Assistant Attorneys General
    JEFFREY T. EVEN, WSBA #20367
4   Deputy Solicitor General
    KRISTIN BENESKI, WSBA #45478
5   First Assistant Attorney General
    Washington State Office of the Attorney General
6   7141 Cleanwater Dr. SW
    PO Box 40111
7   Olympia, WA 98504-0111
    (360) 709-6470
8
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
**AT YAKIMA**

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants, <br><br> ALLIANCE FOR GUN RESPONSIBILITY, <br><br> Defendant-Intervenor. | NO. 1:22-cv-03093-MKD <br><br> NOTICE OF SUPPLEMENTAL AUTHORITY |

Defendants Robert W. Ferguson and John R. Batiste respectfully submit the recently issued Opinion and Order in the related litigation, *Oregon Firearms Federation, Inc. v. Katherine "Kate" Brown*, No. 2:22-cv-01815-IM, Document

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 1:22-cv-03093-MKD

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1  39 (D. Or. Dec. 6, 2022). The Order is attached hereto as Exhibit 1.

2  DATED this 6th day of December 2022.

3  ROBERT W. FERGUSON
Attorney General

*s/ Andrew Hughes*
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
ANDREW HUGHES, WSBA #49515
BRIAN HUNT ROWE, WSBA #56817
Assistant Attorneys General
JEFFREY T. EVEN, WSBA #20367
Deputy Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Brian.Rowe@atg.wa.gov
Jeffrey.Even@atg.wa.gov
Kristin.Beneski@atg.wa.gov
*Attorneys for Defendants*
*Robert W. Ferguson and John R. Batiste*

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 1:22-cv-03093-MKD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

## PROOF OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of December 2022 at Tacoma, Washington.

*s/ Andrew Hughes*
ANDREW HUGHES, WSBA #49515
Assistant Attorney General

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 1:22-cv-03093-MKD

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470