Simon Peter Serrano, WSBA No. 54769
Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301
(509) 567-7083
pete@silentmajorityfoundation.org
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual; and GIMME GUNS, a sole proprietorship,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General, *et al.*,<br><br>Defendants,<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Defendant-Intervenor | NO. 1:22-cv-03093-MKD<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

NOTICE OF SUPPLEMENTAL AUTHORITY        - 1

Plaintiffs Michael Scott Brumback and Gimme Guns respectfully submit the following documents entered in recent, related litigation:

1. Order Granting Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Enter in: *Arnold, et al. v. Kate Brown, et al.,* No. 22CV41008 (Circuit Court for Harvey County, OR, Dec. 7, 2022). The Order is attached hereto as Exhibit 1.

2. Oregon Supreme Court Order Denying Petition for Writ of Mandamus and Dismissing Motion to Say in *Arnold, et al. v. Kate Brown, et al.,* No. 22CV41008 (OR Sup. Ct.: S069923, December 7, 2022) denying Relator's (State of Oregon) request to Stay the Harvey County Circuit Court's Order (Exhibit 1) restraining enforcement of Oregon Measure 114 as moot. The Oregon Supreme Court's Order is attached as Exhibit 2.

3. Summons, Complaint, and Scheduling Order issued in: *State of Washington v. Federal Way Discount Guns, LLC.* filed on 12/6/2022 in King County Superior Court as Case No.: 22-2-20064-2-SEA, wherein the State of Washington alleges violations of Revised Code of Washington 9.41.010(16) and 9.41.375 and the Washington Consumer Protection Act, RCW 19.86 for Federal Way Discount Guns' transactions involving magazines with capacities exceeding 10 rounds of ammunition. The Summons, Complaint, and Scheduling Order are attached hereto as Exhibit 3.

NOTICE OF SUPPLEMENTAL AUTHORITY    - 2

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

DATED this **8th** day of December, 2022.

*/s/ Simon Peter Serrano*
Simon Peter Serrano, WSBA #54769
**Silent Majority Foundation**
5238 Outlet Dr.
Pasco, WA 99301
(509) 567-7083
Pete@silentmajorityfoundation.org

NOTICE OF SUPPLEMENTAL AUTHORITY      - 3

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 8th day of December, 2022.

>                                            */s/ Madeline Johnson*
>                                            Madeline Johnson, Paralegal

NOTICE OF SUPPLEMENTAL AUTHORITY    - 4

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301