R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
ANDREW HUGHES, WSBA #49515
BRIAN HUNT ROWE, WSBA #56817
Assistant Attorneys General
JEFFREY T. EVEN, WSBA #20367
Deputy Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
Washington State Office of the Attorney General
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>Defendants,<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Defendant-Intervenor. | NO. 1:22-cv-03093-MKD<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

Defendants Robert W. Ferguson and John R. Batiste respectfully submit the recently issued Memorandum and Order in the related litigation, *Ocean State Tactical, LLC v. Rhode Island*, No. 1:22-cv-00246-JJM-PAS, Document 37

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 1:22-cv-03093-MKD

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

(D.R.I. Dec. 14, 2022). The Memorandum and Order is attached hereto as Exhibit 1.

DATED this 14th day of December 2022.

ROBERT W. FERGUSON
Attorney General

*s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
ANDREW HUGHES, WSBA #49515
BRIAN HUNT ROWE, WSBA #56817
Assistant Attorneys General
JEFFREY T. EVEN, WSBA #20367
Deputy Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Brian.Rowe@atg.wa.gov
Jeffrey.Even@atg.wa.gov
Kristin.Beneski@atg.wa.gov
*Attorneys for Defendants*
*Robert W. Ferguson and John R. Batiste*

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 1:22-cv-03093-MKD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1  **PROOF OF SERVICE**

2  I hereby certify that I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF System, which in turn automatically generated a

4  Notice of Electronic Filing (NEF) to all parties in the case who are registered

5  users of the CM/ECF system.

6  I declare under penalty of perjury under the laws of the United States of

7  America that the foregoing is true and correct.

8  DATED this 14th day of December 2022 at Tacoma, Washington.

*s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 1:22-cv-03093-MKD

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470