Simon Peter Serrano, WSBA No. 54769
Austin F. Hatcher, WSBA No. 57449
Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301
(509) 567-7083
pete@silentmajorityfoundation.org
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual; and GIMME GUNS, a sole proprietorship,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General, *et al.,*<br><br>Defendants,<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Defendant-Intervenor | NO. 1:22-cv-03093-MKD<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs Michael Scott Brumback and Gimme Guns respectfully submit the following documents entered in recent, related litigation:

NOTICE OF SUPPLEMENTAL AUTHORITY    - 1

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

1. State's Motion for Preliminary Injunction (with exhibits) in *State of Washington v. Federal Way Discount Guns, LLC,* King County Superior Court Case No.: 22-2-20064-2-SEA, attached hereto as Exhibit 1.

2. Defendants' Opposition to Motion for Preliminary Injunction attached hereto as Exhibit 2.

3. Declaration of Mohammed Baghai in support thereof, attached hereto as Exhibit 3.

4. Expert Declaration of Mark Hanish in support thereof, attached hereto as Exhibit 4.

5. Expert Declaration of Ashley Hlebinsky in support thereof, attached hereto as Exhibit 5.

6. Declaration of Nathan Arnold in support thereof, attached hereto as Exhibit 6.

7. Declaration of Benjamin Silva in support thereof, attached hereto as Exhibit 7.

8. Declaration of Greg Stankatis in support thereof, attached hereto as Exhibit 8.

9. Declaration of Kyle Sumpter in support thereof, attached hereto as Exhibit 9.

10. Declaration of George Green in support thereof, attached hereto as Exhibit 10.

NOTICE OF SUPPLEMENTAL AUTHORITY    - 2

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

11. True and correct copy of the docketing sheet for *State of Washington v. Federal Way Discount Guns, LLC,* King County Superior Court Case No.: 22-2-20064-2-SEA reflecting the documents and dates listed in the preceding exhibits.

DATED this **20th** day of December, 2022.

*/s/ Austin F. Hatcher*
Austin F. Hatcher, WSBA #57449
Simon Peter Serrano, WSBA #54769
**Silent Majority Foundation**
5238 Outlet Dr.
Pasco, WA 99301
(425) 998-3489
Austin@smfjb.org

NOTICE OF SUPPLEMENTAL AUTHORITY    - 3

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 20th day of December, 2022.

*/s/ Madeline Johnson*
Madeline Johnson, Paralegal

NOTICE OF SUPPLEMENTAL AUTHORITY    - 4

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301