| | |
|---|---|
| 1 | R. JULY SIMPSON, WSBA #45869<br>WILLIAM MCGINTY, WSBA #41868 |
| 2 | ANDREW HUGHES, WSBA #49515<br>BRIAN HUNT ROWE, WSBA #56817 |
| 3 | Assistant Attorneys General<br>JEFFREY T. EVEN, WSBA #20367 |
| 4 | Deputy Solicitor General<br>KRISTIN BENESKI, WSBA #45478 |
| 5 | First Assistant Attorney General<br>Washington State Office of the Attorney General |
| 6 | 7141 Cleanwater Dr. SW<br>PO Box 40111 |
| 7 | Olympia, WA 98504-0111<br>(360) 709-6470 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>Defendants,<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Intervenor-Defendant. | NO. 1:22-cv-03093-MKD<br><br>MOTION TO EXPEDITE STATE DEFENDANTS' AND INTERVENOR-DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES<br><br>December 29, 2022<br>Without Oral Argument |

State Defendants respectfully request that this Court expedite their motion to strike Plaintiffs' notice of supplemental authority and decide the motion on Thursday, December 29, 2022, or, in the alternative at the same as the ruling on

MOTION TO EXPEDITE STATE DEFENDANTS' AND INTERVENOR-DEFENDANT'S MOTION TO STRIKE
NO. 1:22-cv-03093-MKD

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1   Plaintiffs' motion for preliminary injunction is issued—whichever is earlier.

2   On December 20, 2022, Plaintiffs filed a notice of supplemental authority in support of their motion for preliminary injunction. ECF No. 41. As discussed in the motion to strike, the notice consists primarily of evidence and opinion testimony, submitted weeks after the motion was fully briefed and argued, which State Defendants have had no meaningful opportunity to respond to. State Defendants and Defendant-Intervenor moved to strike the material on December 22, 2022.

This Court indicated at the hearing on Plaintiffs' motion for a preliminary injunction that it would endeavor to issue an opinion in 30 days, or by Friday, December 23, 2022. The State Defendants therefore respectfully request that the Court expedite its decision on the motion to strike, so that this matter can be dealt with prior to or in conjunction with Plaintiffs' motion for preliminary injunction.

Plaintiffs oppose this motion to expedite. Intervenor-Defendant does not oppose this motion to expedite.

DATED this 22nd day of December 2022.

ROBERT W. FERGUSON
Attorney General

*s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
R. JULY SIMPSON, WSBA #45869
ANDREW HUGHES, WSBA #49515
BRIAN HUNT ROWE, WSBA #56817

MOTION TO EXPEDITE STATE DEFENDANTS' AND INTERVENOR-DEFENDANT'S MOTION TO STRIKE
NO. 1:22-cv-03093-MKD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

| | |
|---|---|
| 1 | Assistant Attorneys General |
| | JEFFREY T. EVEN, WSBA #20367 |
| 2 | Deputy Solicitor General |
| | KRISTIN BENESKI, WSBA #45478 |
| 3 | First Assistant Attorney General |
| | William.McGinty@atg.wa.gov |
| 4 | July.Simpson@atg.wa.gov |
| | Andrew.Hughes@atg.wa.gov |
| 5 | Brian.Rowe@atg.wa.gov |
| | Jeffrey.Even@atg.wa.gov |
| 6 | Kristin.Beneski@atg.wa.gov |
| | *Attorneys for Defendants* |
| 7 | *Robert W. Ferguson and John R. Batiste* |

MOTION TO EXPEDITE STATE DEFENDANTS' AND INTERVENOR-DEFENDANT'S MOTION TO STRIKE
NO. 1:22-cv-03093-MKD

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

## PROOF OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 22nd day of December 2022 at Olympia, Washington.

*s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
Assistant Attorney General

MOTION TO EXPEDITE STATE DEFENDANTS' AND INTERVENOR-DEFENDANT'S MOTION TO STRIKE
NO. 1:22-cv-03093-MKD

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470