Simon Peter Serrano, WSBA No. 54769
Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301
(509) 567-7083
pete@silentmajorityfoundation.org
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
**AT YAKIMA**

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual; and GIMME GUNS, a sole proprietorship,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General, *et al.*,<br><br>Defendants,<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Defendant-Intervenor | NO. 1:22-cv-03093-MKD<br><br>PLAINTIFFS' RESPONSE TO STATE DEFENDANTS AND INTERVENOR-DEFENDANT'S MOTION TO EXPEDITE DEFENDANTS' STRIKE OF PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES |

Plaintiffs do not oppose Defendants and Defendant-Intervenor's (collectively, "Defendants") Motion to Expedite Defendants' Motion to Expedite Defendants' Motion to Strike ECF No. 41. As Defendants noted, the Court indicated at the

PLAINTIFFS' RESPONSE TO STATE DEFENDANTS AND INTERVENOR-DEFENDANT'S MOTION TO EXPEDITE DEFENDANTS' STRIKE OF PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES - 1

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

hearing on Plaintiffs' motion for a preliminary injunction that it would endeavor to issue an opinion in 30 days, or by Friday, December 23, 2022. Plaintiffs do not object to Defendants request that the Court seek to expedite its decision on the motion to strike, to allow this Court to render a decision either contemporaneously with, or in near temporal proximity with the Court's ruling on the Plaintiffs' motion for preliminary injunction.

SIGNED this 28th day of December 2022 at Pasco, Washington.

/s/Simon Peter Serrano___________
Simon Peter Serrano, WSBA #54769
5238 Outlet Dr.
Pasco, WA 99301
(509) 567-7083
pete@silentmajorityfoundation.org

Counsel for Plaintiffs

PLAINTIFFS' RESPONSE TO STATE DEFENDANTS AND INTERVENOR-DEFENDANT'S MOTION TO EXPEDITE DEFENDANTS' STRIKE OF PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES - 2

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 28th day of December, 2022.

*/s/ Madeline Johnson*
Madeline Johnson, Paralegal

PLAINTIFFS' RESPONSE TO STATE DEFENDANTS AND INTERVENOR-DEFENDANT'S MOTION TO EXPEDITE DEFENDANTS' STRIKE OF PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES - 3

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301