Zachary J. Pekelis, WSBA #44557
Kai A. Smith, WSBA #54749
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101
206-245-1700
*Attorneys for Intervenor-Defendant*
*Alliance for Gun Responsibility*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, *et al.*,<br><br>Defendants,<br><br>and<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Intervenor-Defendant. | No. 1:22-cv-03093-MKD<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

## **<u>NOTICE</u>**

Intervenor-Defendant Alliance for Gun Responsibility (the "Alliance") respectfully submits this notice to bring the Court's attention to the attached decision

NOTICE OF SUPPLEMENTAL AUTHORITY - 1
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

in *Bevis v. City of Naperville*, No. 22 C 4775, 2023 WL 2077392 (N.D. Ill. Feb. 17, 2023), denying the plaintiffs' motion for a temporary restraining order and preliminary injunction against, inter alia, an Illinois statute prohibiting manufacture, delivery, sale, or purchase of "large capacity ammunition feeding devices," 720 ILCS 5/24-1.10(a). This supplemental authority is submitted in support of the Alliance's Response to Plaintiffs' Motion for Preliminary Injunction, ECF No. 32.

DATED this 23rd day of February, 2023.

> PACIFICA LAW GROUP LLP
>
> *s/ Zachary J. Pekelis*
> Zachary J. Pekelis, WSBA #44557
> Kai A. Smith, WSBA #54749
>
> *Attorneys for Intervenor-Defendant*
> *Alliance for Gun Responsibility*

NOTICE OF SUPPLEMENTAL AUTHORITY - 2
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 21st day of February, 2023.

_____
Erica Knerr

NOTICE OF SUPPLEMENTAL AUTHORITY - 3
Case No. 1:22-cv-03093-MKD

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750