1   R. JULY SIMPSON, WSBA #45869
    WILLIAM MCGINTY, WSBA #41868
2   ANDREW HUGHES, WSBA #49515
    BRIAN HUNT ROWE, WSBA #56817
3   Assistant Attorneys General
    JEFFREY T. EVEN, WSBA #20367
4   Deputy Solicitor General
    KRISTIN BENESKI, WSBA #45478
5   First Assistant Attorney General
    Washington State Office of the Attorney General
6   7141 Cleanwater Dr. SW
    PO Box 40111
7   Olympia, WA 98504-0111
    (360) 709-6470

8

9                    **UNITED STATES DISTRICT COURT**
                 **EASTERN DISTRICT OF WASHINGTON**
10                            **AT YAKIMA**

11  MICHAEL SCOTT BRUMBACK,          NO. 1:22-cv-03093-MKD
    an individual, et al.,
12                                   NOTICE OF
                Plaintiffs,          SUPPLEMENTAL
13                                   AUTHORITY
          v.
14
    ROBERT W. FERGUSON, in his
15  official capacity as Washington
    State Attorney General, et al.,
16
                Defendants,
17
    ALLIANCE FOR GUN
18  RESPONSIBILITY,

19              Defendant-Intervenor.

20         Defendants Robert W. Ferguson and John R. Batiste respectfully submit

21  the recently issued Opinion and Order in the related litigation, *Hansen v. District*

22  *of Columbia*, No. 1:22-cv-02256-RC, Document 28 (D.D.C. April 20, 2023). The

NOTICE OF SUPPLEMENTAL                1          ATTORNEY GENERAL OF WASHINGTON
AUTHORITY                                              Complex Litigation Division
NO. 1:22-cv-03093-MKD                                     7141 Cleanwater Dr. SW
                                                               PO Box 40111
                                                          Olympia, WA 98504-0111
                                                              (360) 709-6470

1    Order is attached hereto as Exhibit 1.

2          DATED this 21st day of April 2023.

3                                    ROBERT W. FERGUSON
                                     Attorney General
4

5                                    *s/ Andrew Hughes*
                                     R. JULY SIMPSON, WSBA #45869
6                                    WILLIAM MCGINTY, WSBA #41868
                                     ANDREW HUGHES, WSBA #49515
7                                    BRIAN HUNT ROWE, WSBA #56817
                                     Assistant Attorneys General
8                                    JEFFREY T. EVEN, WSBA #20367
                                     Deputy Solicitor General
9                                    KRISTIN BENESKI, WSBA #45478
                                     First Assistant Attorney General
10                                   July.Simpson@atg.wa.gov
                                     William.McGinty@atg.wa.gov
11                                   Andrew.Hughes@atg.wa.gov
                                     Brian.Rowe@atg.wa.gov
12                                   Jeffrey.Even@atg.wa.gov
                                     Kristin.Beneski@atg.wa.gov
13                                   *Attorneys for Defendants*
                                     *Robert W. Ferguson and John R. Batiste*
14

15

16

17

18

19

20

21

22

NOTICE OF SUPPLEMENTAL
AUTHORITY
NO. 1:22-cv-03093-MKD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1                          **PROOF OF SERVICE**

2         I hereby certify that I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF System, which in turn automatically generated a

4 Notice of Electronic Filing (NEF) to all parties in the case who are registered

5 users of the CM/ECF system.

6         I declare under penalty of perjury under the laws of the United States of

7 America that the foregoing is true and correct.

8         DATED this 21st day of April 2023 at Seattle, Washington.

9

10                                  *s/ Andrew Hughes*
                                 ANDREW HUGHES, WSBA #49515

11                                  Assistant Attorney General

12

13

14

15

16

17

18

19

20

21

22

NOTICE OF SUPPLEMENTAL       3        ATTORNEY GENERAL OF WASHINGTON
AUTHORITY                              Complex Litigation Division
NO. 1:22-cv-03093-MKD                      7141 Cleanwater Dr. SW
                                          PO Box 40111
                                   Olympia, WA 98504-0111
                                      (360) 709-6470