| | |
|---|---|
| 1 | R. JULY SIMPSON, WSBA #45869 |
|   | WILLIAM MCGINTY, WSBA #41868 |
| 2 | ANDREW HUGHES, WSBA #49515 |
|   | BRIAN HUNT ROWE, WSBA #56817 |
| 3 | Assistant Attorneys General |
|   | JEFFREY T. EVEN, WSBA #20367 |
| 4 | Deputy Solicitor General |
|   | KRISTIN BENESKI, WSBA #45478 |
| 5 | First Assistant Attorney General |
|   | Washington State Office of the Attorney General |
| 6 | 7141 Cleanwater Dr. SW |
|   | PO Box 40111 |
| 7 | Olympia, WA 98504-0111 |
|   | (360) 709-6470 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## AT YAKIMA

MICHAEL SCOTT BRUMBACK, an individual, et al.,

    Plaintiffs,

v.

ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General, et al.,

    Defendants,

ALLIANCE FOR GUN RESPONSIBILITY,

    Intervenor-Defendant.

NO. 1:22-cv-03093-MKD

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO:     Clerk of the Above-Entitled Court

AND TO:     Counsel for Plaintiffs

YOU AND EACH OF YOU will please take notice that Jeffrey T. Even,

NOTICE OF WITHDRAWAL
NO. 1:22-cv-03093-MKD

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

Deputy Solicitor General, herby withdraws as the attorney for Defendants Robert W. Ferguson and John R. Batiste, in their official capacities as Washington State Attorney General and Chief of the Washington State Patrol. Defendants Robert W. Ferguson and John R. Batiste are proceeding with First Assistant Attorney General, Kristin Beneski, and Assistant Attorneys General, R. July Simpson, Andrew Hughes, William McGinty, and Brian Rowe, as counsel of record in the above-entitled action. All further pleadings and papers, exclusive of original process, should be served to Kristin Beneski, R. July Simpson, Andrew Hughes, William McGinty, and Brian Rowe at the address below or according to court rules.

DATED this 6th day of July 2023.

ROBERT W. FERGUSON
Attorney General

*s/ Jeffrey T. Even*
JEFFREY T. EVEN, WSBA #20367
Deputy Solicitor General
Jeffrey.Even@atg.wa.gov
*Attorney for Defendants*
*Robert W. Ferguson and John R. Batiste*

NOTICE OF WITHDRAWAL
NO. 1:22-cv-03093-MKD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

## PROOF OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 6th day of July 2023 at Olympia, Washington.

*s/ Jeffrey T. Even*
JEFFREY T. EVEN, WSBA #20367
Deputy Solicitor General

NOTICE OF WITHDRAWAL
NO. 1:22-cv-03093-MKD

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470