R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
ANDREW HUGHES, WSBA #49515
BRIAN HUNT ROWE, WSBA #56817
Assistant Attorneys General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
Washington State Office of the Attorney General
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants, <br><br>and <br><br> ALLIANCE FOR GUN RESPONSIBILITY, <br><br> Intervenor-Defendant. | NO. 1:22-cv-03093-MKD <br><br> NOTICE OF SUPPLEMENTAL AUTHORITY |

Defendants Robert W. Ferguson and John R. Batiste respectfully submit the recently issued Findings of Fact and Conclusions of Law filed in the related litigation, *Oregon Firearms Federation, et al. v. Kotek, et al.*, No. 2:22-cv-01815-IM, ECF No. 252 (D. Or. July 14, 2023), attached hereto as Exhibit 1.

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 1:22-cv-03093-MKD

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1  DATED this 17th day of July, 2023.

2  ROBERT W. FERGUSON
   Attorney General

   *s/ R. July Simpson*
   R. JULY SIMPSON, WSBA #45869
   WILLIAM MCGINTY, WSBA #41868
   ANDREW HUGHES, WSBA #49515
   BRIAN HUNT ROWE, WSBA #56817
   Assistant Attorneys General
   KRISTIN BENESKI, WSBA #45478
   First Assistant Attorney General
   July.Simpson@atg.wa.gov
   William.McGinty@atg.wa.gov
   Andrew.Hughes@atg.wa.gov
   Brian.Rowe@atg.wa.gov
   Kristin.Beneski@atg.wa.gov
   *Attorneys for Defendants*
   *Robert W. Ferguson and John R. Batiste*

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 1:22-cv-03093-MKD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

**PROOF OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 17th day of July, 2023 at Tacoma, Washington.

*s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 1:22-cv-03093-MKD

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470