Zachary J. Pekelis, WSBA #44557
Kai A. Smith, WSBA #54749
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101
206-245-1700
*Attorneys for Intervenor-Defendant*
*Alliance for Gun Responsibility*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, *et al.*,<br><br>Defendants,<br><br>and<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Intervenor- Defendant. | No. 1:22-cv-03093-MKD<br><br>INTERVENOR-DEFENDANT ALLIANCE FOR GUN RESPONSIBILITY'S NOTICE OF SUPPLEMENTAL AUTHORITY |

Intervenor-Defendant the Alliance for Gun Responsibility (the "Alliance") respectfully submits this notice to bring the Court's attention to the attached decision denying plaintiffs' motion for preliminary injunction in *National Association for Gun Rights v. Lamont*, No. 3:22-cv-01118-JBA (D. Conn.), a case involving a

ALLIANCE'S NOTICE
OF SUPPLEMENTAL AUTHORITY - 1
1:22-cv-03093-MKD

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Second Amendment challenge to a Connecticut law restricting assault weapons and large capacity magazines. This supplemental authority is submitted in support of the Alliance's Opposition to Plaintiff's Motion for Preliminary Injunction, ECF No. 32.

DATED this 3rd day of August, 2023.

PACIFICA LAW GROUP LLP

*s/ Zachary J. Pekelis*
Zachary J. Pekelis, WSBA #44557
Kai A. Smith, WSBA #54749

*Attorneys for Intervenor-Defendant Alliance for Gun Responsibility*

ALLIANCE'S NOTICE
OF SUPPLEMENTAL AUTHORITY - 2
1:22-cv-03093-MKD

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 3rd day of August, 2023.



_____
Sydney Henderson

ALLIANCE'S NOTICE
OF SUPPLEMENTAL AUTHORITY - 3
1:22-cv-03093-MKD

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750