FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual; and GIMME GUNS, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; ROBERT UDELL, in his official capacity as the Sheriff for Yakima County, Washington; and JOSEPH A. BRUSIC, in his official capacity as County Prosecutor for Yakima County,<br><br>Defendants,<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Defendant-Intervenor. | No. 1:22-cv-03093-MKD<br><br>ORDER STRIKING DEADLINES AND STAYING CASE<br><br>ECF No. 67 |

ORDER - 1

Before the Court is the parties' Stipulated Motion and Order Extending Dispositive Briefing Deadlines, ECF No. 67. Plaintiffs, Defendants Robert W. Ferguson and John R. Batiste, and Defendant-Intervenor Alliance for Gun Responsibility move to continue the deadlines in this case until after the Ninth Circuit rules in *Duncan v. Bonta*, Case No. 23-55805. Defendants Robert Udell and Joseph Brusic take no position on the motion. The movants agree that the *Duncan* court will consider several questions presented in this case and seek the guidance of that decision to inform their dispositive motions. ECF No. 67 at 2.

The parties ask the Court to schedule the remaining deadlines around the upcoming decision in *Duncan*. As the movants request, the upcoming deadlines are stricken. However, rather than set speculative future dates, the Court will direct a status report and proposed order be filed following a decision in *Duncan*.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion and Order Extending Dispositive Briefing Deadlines, **ECF No. 67**, is **GRANTED in part** and **DENIED in part**.

2. All pending deadlines and hearings, including the June 25, 2024 Hearing, are **STRICKEN**.

**3.** The matter is currently **STAYED**.

ORDER - 2

**4.** The parties shall file, **within seven days** of the issuance of a decision of the Ninth Circuit in *Duncan v. Bonta*, Case No. 23-55805 (9th Cir.), a status report with a proposed scheduling order attached. For any hearing or trial dates, the parties shall confer with the Courtroom Deputy, at Cora_Vargas@waed.uscourts.gov, prior to proposing dates and times.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to the parties.

DATED February 21, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3