FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual; and GIMME GUNS, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; ROBERT UDELL, in his official capacity as the Sheriff for Yakima County, Washington; and JOSEPH A. BRUSIC, in his official capacity as County Prosecutor for Yakima County,<br><br>Defendants,<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Defendant-Intervenor. | No. 1:22-CV-03093-MKD<br><br>**ORDER OF RECUSAL** |

ORDER OF RECUSAL-- 1

1	Pursuant to 28 U.S.C. § 455 and for reasons that are unnecessary to recite

2	here, the undersigned deems it appropriate to recuse from any further proceedings

3	in the above-captioned matter.

4	Accordingly, **IT IS ORDERED** that this case be returned to the District

5	Court Executive for random reassignment to another Judge in this district.

6	DATED January 17, 2025.

<u>s/ Mary K. Dimke</u>
Mary K. Dimke
United States District Judge

ORDER OF RECUSAL-- 2