S. PETER SERRANO, WSBA #54769
AUSTIN F. HATCHER, WSBA #57449
Attorneys for Plaintiffs
5238 Outlet Dr.
Pasco, WA 99301
(509) 567-7083

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| MICHAEL SCOTT BRUMBACK, an individual, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants, <br><br> ALLIANCE FOR GUN RESPONSIBILITY, <br><br> Intervenor-Defendant. | NO. 1:22-cv-03093-MKD-TOR <br><br> STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING STAY <br><br> May 14, 2025 <br> Without Oral Argument |

# RECITALS

1. On March 20, 2025, the Ninth Circuit *en banc* panel issued an opinion in *Duncan v. Bonta*, Case No. 23-55805, a case concerning the constitutionality of California's large-capacity magazine restriction statute.

2. On February 21, 2024, this Court granted in part and denied in part a Stipulated Motion and Order Extending Dispositive Briefing Deadlines, ECF No. 68, ordering that all pending deadlines and hearings stricken and staying the case pending the decision in *Duncan*.

3. A similar case, *State of Washington v. Gator's Custom Guns, Inc. et al.*, No. 102940-3, concerning the statutes at issue in this case, is now currently pending before the Washington Supreme Court. That matter, like this one, is a challenge to Washington's large capacity magazine laws under Article 1, section 24 of the Washington Constitution and the Second Amendment of the United States Constitution. It was argued before the Court on January 14, 2025, and is ripe for decision.

4. The parties anticipate that *Gator's* will provide binding precedent concerning Plaintiffs' claims under the Washington Constitution.

# STIPULATION

The Parties, by and through their respective attorneys of record, with the exception of Robert Udell and Joseph Brusic who take no position, hereby stipulate to the following:

1. The Order Striking Deadlines and Staying Case, ECF No. 68, is extended pending the issuance of a decision by the Washington Supreme Court in *State of Washington v. Gator's Custom Guns, Inc., et al.*, No. 102940-3.

2. Within ten days of the Washington Supreme Court issuing an opinion in *Gator's*, the parties shall file a joint status report with a proposed scheduling order attached, if necessary. For any hearing or trial dates, the parties shall confer with the Courtroom Deputy prior to proposing dates and times.

DATED this ____ day of _____ 2025.

SILENT MAJORITY FOUNDATION

*/s/S. Peter Serrano*
SIMON P. SERRANO, WSBA #54769
AUSTIN F. HATCHER, WSBA #57449
Pete@smfjb.org
Austin@hatcherlawpllc.com
*Attorneys for Plaintiffs*

NICHOLAS BROWN
Attorney General

*/s/ William McGinty*
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
ANDREW HUGHES, WSBA #49515
BRIAN HUNT ROWE, WSBA #56817
Assistant Attorneys General
Complex Litigation Division
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Brian.Rowe@atg.wa.gov
Kristin.Beneski@atg.wa.gov

*Attorneys for Defendants*

PACIFICA LAW GROUP LLP

*/s/ Zachary J. Pekelis*
ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA #54749
Attorneys at Law
Zach.Pekelis@pacificalawgroup.com
Kai.Smith@pacificalawgroup.com
*Attorneys for Intervenor-Defendant Alliance for Gun Responsibility*

LANE POWELL PC

*/s/ Callie A. Castillo*
CALLIE A. CASTILLO, WSBA #38214
Attorney at Law
Castilloc@lanepowell.com
*Attorney for Defendants Joseph A. Brusic & Robert Udell*

# ORDER

1. The Order Striking Deadlines and Staying Case, ECF No. 68, is extended pending the issuance of a decision by the Washington Supreme Court in *State of Washington v. Gator's Custom Guns, Inc., et al.*, No. 102940-3.

2. Within ten days of the Washington Supreme Court issuing an opinion in *Gator's*, the parties shall file a joint status report with a proposed scheduling order attached, if necessary. For any hearing or trial dates, the parties shall confer with the Courtroom Deputy prior to proposing dates and times.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to the parties.

DATED this _____ day of _____ 2025.

_____
HON. THOMAS O. RICE
United States District Judge