Simon Peter Serrano, WSBA No. 54769
Austin F. Hatcher, WSBA No. 57449
Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301
(509) 567-7083
pete@silentmajorityfoundation.org
austin@smfjb.org
*Attorneys for Plaintiffs*

HONORABLE THOMAS O. RICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MICHAEL SCOTTT BRUMBACK, an individual, et al., | NO. 1:22-cv-03093-TOR |
| Plaintiffs, | JOINT STATUS REPORT |
| v. | |
| NICK W. BROWN, in his official capacity as Washington State Attorney General, et al., | |
| Defendants, | |
| and | |
| THE ALLIANCE FOR GUN RESPONSIBILITY, | |
| Intervenor-Defendant. | |

## I. **INTRODUCTION**

Pursuant to the Court's Order Granting Motion to Stay (ECF No. 74), issued on April 17, 2025, the Parties submit the following Joint Status Report.

JOINT STATUS REPORT - 1
1:22-cv-03903-TOR

1. On March 20, 2025, the Ninth Circuit en banc panel issued an opinion in *Duncan v. Bonta*, Case No. 23-55805, upholding the constitutionality of California's large-capacity magazine restriction statute.

2. On May 8, 2025, the Washington Supreme Court issued an opinion in *State of Washington v. Gator's Custom Guns, et al*, Case No. 102940-3, upholding the constitutionality of Washington's large-capacity magazine restriction statute.

3. Counsel for Gator's Custom Guns, who also represent Plaintiffs in this case, intend to file a petition for a writ of certiorari to the United States Supreme Court. While that petition is pending, the parties agree that this case should remain stayed.

STIPULATED TO, DATED AND RESPECTFULLY SUBMITTED this 23rd day of May, 2025.

BY: */s/ Austin F. Hatcher*
Simon Peter Serrano, WSBA # 54769
Austin F. Hatcher, WSBA # 57449
Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301
(509) 567-7083
pete@silentmajorityfoundation.org
*Attorney for Plaintiffs*

BY: */s/ Andrew Hughes*
R. July Simpson, WSBA #45869
William McGinty, WSBA #41868
Andrew Hughes, WSBA #49515
Brian Hunt Rowe, WSBA #56817

JOINT STATUS REPORT - 2
1:22-cv-03903-TOR

Assistant Attorneys General
Jeffrey T. Even, WSBA #20367
Deputy Solicitor General
Kristin Beneski, WSBA #45478
First Assistant Attorney General
Washington State Office of the Attorney General
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470
*Attorney for State Defendants*

BY: */s/ Callie Castillo*
Callie A. Castillo, WSBA No. 38214
BALLARD SPAHR
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
castilloc@ballardspahr.com
Attorneys for Defendants Joseph A. Brusic and Robert Udell
*Attorney for County Defendants*


BY: */s/ Zachary Pekelis*
Zachary J. Pekelis, WSBA #44557
Kai A. Smith, WSBA #54749
PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101
206-245-1700
*Attorneys for Intervenor-Defendant Alliance for Gun Responsibility*

JOINT STATUS REPORT - 3
1:22-cv-03903-TOR

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 23rd day of May, 2025.

*/s/Austin F. Hatcher*
Austin F. Hatcher