1  Simon Peter Serrano, WSBA No. 54769    HONORABLE THOMAS O. RICE
   Austin F. Hatcher, WSBA No. 57449
2  Silent Majority Foundation
   5238 Outlet Dr.
3  Pasco, WA 99301
   (509) 567-7083
4  pete@silentmajorityfoundation.org
   austin@smfjb.org
5  *Attorneys for Plaintiffs*

6

7

8                  **UNITED STATES DISTRICT COURT**
9                   **EASTERN DISTRICT OF WASHINGTON**

10

11 | MICHAEL SCOTTT BRUMBACK, an individual, et al., | NO. 1:22-cv-03093-TOR |

12

13                Plaintiffs,                    NOTICE OF WITHDRAWAL
          v.                                     OF COUNSEL
14

15 NICK W. BROWN, in his official capacity
   as Washington State Attorney General, et
16 al.,

17                Defendants,
          and
18

19 THE ALLIANCE FOR GUN
   RESPONSIBILITY,
20

21                Intervenor-Defendants.

22

23       **TO:**      **CLERK OF THE COURT**

24
         **AND TO:**   **ALL PARTIES OF RECORD**
25

26       PLEASE TAKE NOTICE that SIMON PETER SERRANO hereby withdraws

27 as counsel of record for Plaintiffs. Austin F. Hatcher of Silent Majority Foundation

28
   NOTICE OF WITHDRAWAL OF COUNSEL - 1         Silent Majority Foundation
   1:22-cv-03903-TOR                                 5238 Outlet Dr.
                                                    Pasco, WA 99301

will remain as counsel of record for Plaintiffs. This notice of withdrawal is effective immediately.

DATED this 19th day of August 2025.

/s/ S. Peter Serrano
Simon Peter Serrano, WSBA # 54769
Austin F. Hatcher, WSBA # 57449
Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301
(509) 567-7083
pete@silentmajorityfoundation.org
*Attorney for Plaintiffs*

NOTICE OF WITHDRAWAL OF COUNSEL - **2**
1:22-cv-03903-TOR

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system

<u>*/s/S. Peter Serrano*</u>
Simon Peter Serrano